RECORD OF GRAND JURY BALLOT

C/ 9:22-658

UNITED STATES OF AMERICA v. RUSSELL LUCIUS LAFFITTE

(SEALED UNTIL FURTHER ORDER OF THE COURT)