IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:22-cr-00658-RMG |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | |

Assistant United States Attorney, Winston D. Holliday, Jr., hereby files this Notice of Appearance in the above-captioned case.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By:  /s/Winston D. Holliday, Jr.
Winston D. Holliday, Jr. (#07597)
Assistant U. S. Attorney
1441 Main Street, 5th Floor
Columbia, SC 29201
Email Address:  winston.holliday@usdoj.gov
Tel: (803) 929-3000
Fax: (803) 254-2943

July 27, 2022