# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.  
Russell Lucius Laffitte

CASE NO.   9:22-cr-658

## PLEA

The Defendant, __Russell Lucius Laffitte__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____  
(Signed)   Defendant

7/27/22

Charleston, South Carolina