RECORD OF GRAND JURY BALLOT

C/R 9:22-cr-00658

UNITED STATES OF AMERICA v. RUSSELL LUCIUS LAFFITTE

(SEALED UNTIL FURTHER ORDER OF THE COURT)