# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 9:22-cr-00658 |
| vs. ) | |
| ) | **NOTICE OF REQUEST FOR** |
| RUSSELL LUCIUS LAFFITTE, ) | **PROTECTION FROM COURT** |
| ) | **APPEARANCE** |
| Defendant. ) | |
| ) | |

Attorneys E. Bart Daniel and Marshall T. "Matt" Austin, counsel appearing for Defendant Russell Lucius Laffitte, respectfully request the Court grant them protection from hearings or any other Court appearances during the week of August 29, 2022 through September 2, 2022 due to long-standing client meetings, scheduled and previously arranged to be held out of town. Currently, there are no court dates set for this Defendant during the specified dates.

Respectfully submitted,

By: *s/E. Bart Daniel*
E. Bart Daniel
South Carolina Bar No. 1530
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
Marshall T. "Matt" Austin
South Carolina Bar No. 77941
Federal Bar No. 11435
E-Mail: matt.austin@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

*Attorneys for Defendant Russell Lucius Laffitte*

August 24, 2022

Charleston, South Carolina