## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 9:22-cr-658

Russell Lucius Laffitte

## PLEA

The Defendant, ___Russell Lucius Laffitte___, acknowledges receipt of a copy of the superseding indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

August 24, 2022
Charleston, South Carolina