# Exhibit A

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | Case No.     9:22-cr-00658-RMG |
| | ) | |
| *Defendant* | ) | PICTURE ID REQUIRED TO ENTER COURTHOUSE |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: John Nichols
Office of Disciplinary Counsel
1220 Senate Street, Suite 309
Columbia, South Carolina 29201
Telephone: (803) 734-2038/Fax: (803) 734-1964/Email: ODCmail@sccourts.org

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Hollings Judicial Center<br>85 Broad Street<br>Charleston, SC 29401 | Courtroom No.: 1 - HONORABLE RICHARD M. GERGEL |
|---|---|---|
| | | Date and Time: 09/07/22     10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Please provide transcripts of Russell Laffitte's testimony in the investigation of Alex Murdaugh and any other related investigations.

Date:     August 24, 2022



CLERK OF COURT

s/ Robin L. Blume (B)
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     United States of America
, who requests this subpoena, are:

Emily Limehouse
151 Meeting Street
Post Office Box 978
Charleston, South Carolina 29402
Telephone: (843) 727-4381 Emily.Limehouse@usdoj.gov

EMILY LIMEHOUSE
Digitally signed by EMILY LIMEHOUSE
Date: 2022.08.24 21:26:07 -04'00'

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.          9:22-cr-00658-RMG

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: