IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**Defendant's Response to Motion to Quash**

The defendant, Russell Lucius Laffitte, through his counsel E. Bart Daniel and Marshall "Matt" T. Austin, submits this response to the Office of Disciplinary Counsel's motion filed on Sep 2, 2022 asking the Court to quash a subpoena served by the USAO on the ODC requesting transcripts from ODC interviews of Mr. Laffitte. Mr. Laffitte has no objection to the release of his transcripts under several conditions including that: (1) any audio recordings from the interviews also be released for use by the Government and Mr. Laffitte in his criminal case; (2) that Mr. Laffitte will be allowed to interview the ODC's investigator and call him to testify in Mr. Laffitte's criminal proceedings; (3) the Government releases the Grand Jury transcripts in Mr. Laffitte's case to him.

[signature page to follow]

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
    E. Bart Daniel
    Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    Matt Austin
    Federal Bar No. 11435
    E-Mail: matt.austin@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina

September 3, 2022