# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Criminal No. 9:22-658-RMG |
| ) | |
| Russell Lucius Laffitte, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |
| _____) | |

Before the Court is a motion to quash a subpoena issued to John Nichols ("Nichols"), the Disciplinary Counsel for the Office of Disciplinary Counsel of the South Carolina Supreme Court, which directed him to appear at the J. Waties Waring Federal Judicial Center on September 7, 2022 and to produce transcripts of the Defendant's testimony "in the investigation of Alex Murdaugh and any other related investigations." (Dkt. Nos. 41, 41-1). The Government is directed to file a response to this motion on or before September 12, 2022. Nichols may file a reply if he wishes within five days of the filing of the Government's response. While the Court is addressing the motion to quash, the subpoena issued to Nichols is stayed and he need not comply until further order of the Court. Counsel for the parties are further directed promptly to confer in an effort to amicably resolve this matter.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 6, 2022
Charleston, South Carolina

1