**EXHIBIT 1**

**Matt Austin**

| | |
|---|---|
| **From:** | Limehouse, Emily (USASC) <Emily.Limehouse@usdoj.gov> |
| **Sent:** | Wednesday, August 24, 2022 9:47 PM |
| **To:** | Matt Austin; Bart Daniel |
| **Cc:** | Holliday, Winston (USASC); Womble, Brian S. (CO) (FBI) |
| **Subject:** | Correction to Superseding Indictment |

◄**External Email**► - From: Emily.Limehouse@usdoj.gov

Matt and Bart –

I wanted to more specifically outline what Matt and I discussed this afternoon. Since presentation of the superseding indictment, we have learned from witness interviews that a portion of the indictment is inaccurate. Specifically, subsection r., which outlines Mr. Laffitte's actions with respect to H.P.Y. and N.T., states that N.T. was fifteen-years-old at the time the conservatorship was closed. However, the probate records were incorrect, and N.T. was in fact over the age of 18 at the time the conservatorship was closed. This one fact does not substantively change the allegations in the indictment.

As you know, we are prepping witnesses in anticipation of a trial in the Fall, and we will of course let you know if we learn of any other inaccuracies with the Superseding Indictment. We intend to correct this one statement in the Indictment before trial, but I do not have a specific date yet. We will notify the Court of this matter during our status conference in September. Please let me know if you have any questions.

Best,

Emily

Emily Limehouse
Assistant United States Attorney
District of South Carolina
151 Meeting Street, Suite 200
Charleston, SC 29401
Office Phone: (843) 266-1663
Cell Phone: (843) 642-4591