IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) <br>**vs.** )<br>)<br>)<br>**RUSSELL LUCIUS LAFFITTE** )<br>) | CRIMINAL. NO. 9:22-658 |

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME**

In August 2022, the government learned that the Defendant Russell Lucius Laffitte ("Laffitte") had provided sworn testimony to the South Carolina Office of Disciplinary Counsel ("ODC"). On August 23, 2022, Laffitte filed a motion to modify the conditions of his release, in which he stated that he has been interviewed by ODC on three separate occasions in July and August 2022. Def.'s Mot. to Modify, ECF No. 30 at 2, fn. 1. Thereafter, on August 26, 2022, the government served a trial subpoena requesting that ODC provide transcripts of Laffitte's testimony in the investigation of Alex Murdaugh and any other related investigations. On September 2, 2022, ODC filed a motion to quash the subpoena. ECF No. 41. The Court then ordered the government to respond to the motion to quash by September 12, 2022 and ordered the parties to confer in an effort to amicably resolve this matter.

The parties have since conferred and are continuing to confer in expectation of a resolution. The government now requests an additional ten days to confer with counsel for ODC and reach a resolution. Should the parties fail to resolve this matter within ten days, the government will file a response to the motion to quash at that time.

          ADAIR F. BOROUGHS
          UNITED STATES ATTORNEY

By: s/ *Emily Limehouse*
    Emily Evans Limehouse (Federal ID #12300)
    Winston D. Holliday, Jr. (Federal ID #7597)
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, South Carolina, 29402
    (843) 266-1663
    Emily.Limehouse@usdoj.gov

September 9, 2022