```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF SOUTH CAROLINA
 2                         BEAUFORT DIVISION

 3       UNITED STATES OF AMERICA,    )    CR. NO. 9:22-CR-658
                                      )    CHARLESTON, SC
 4                                    )    AUGUST 24, 2022
                                      )
 5            VERSUS                  )
                                      )
 6       RUSSELL L. LAFFITTE,         )
                                      )
 7                   DEFENDANT.       )
                                      )
 8
              BEFORE THE HONORABLE MARY GORDON BAKER
 9            UNITED STATES MAGISTRATE COURT JUDGE
                       ARRAIGNMENT HEARING
10
         APPEARANCES:
11
         FOR THE GOVERNMENT:     EMILY LIMEHOUSE, AUSA
12                               UNITED STATES ATTORNEY'S OFFICE
                                 151 MEETING STREET
13                               SUITE 200
                                 CHARLESTON, SC 29401
14
         FOR THE DEFENDANT:      BART DANIEL, ESQ.
15                               MARSHALL AUSTIN, ESQ.
                                 NELSON MULLINS RILEY AND
16                                  SCARBOROUGH
                                 151 MEETING STREET
17                               SIXTH FLOOR
                                 CHARLESTON, SC 29401
18
         COURT REPORTER:         DEBRA R. BULL, RPR, CRR
19                               UNITED STATES COURT REPORTER
                                 315 SOUTH MCDUFFIE STREET
20                               ANDERSON, SC  29624

21

22           STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
                    *** *** *** *** ***
23

24

25
```

1     (Whereupon, the hearing commenced at 10:11 a.m.)
2         THE COURT:   Good morning, please be seated.
3     One moment, please.
4         All right.  Ms. Limehouse, you may call the
5     first case.
6         MS. LIMEHOUSE:  Thank you, Your Honor, may it
7     please the Court.  The first matter is United States
8     versus Russell Laffitte, criminal docket number
9     9:22-658.  We are here for arraignment on the
10    superseding indictment.  Mr. Laffitte is here today
11    representing by his attorneys Mr. Bart Daniel and Matt
12    Austin.
13        THE COURT:   Thank you.
14        Mr. Laffitte, you are back in court because the
15    Federal Grand Jury has returned a Superseding Indictment
16    against you charging you with additional violations of
17    federal law.
18        Ms. Limehouse, can you tell us what the new
19    charges are?
20        MS. LIMEHOUSE:  Yes, Your Honor.  Substantively,
21    there are really only two changes to the Indictment, we
22    added Count 6, which is another misapplication of bank
23    funds charged in violation of 18 USC 656.  It charges
24    that on or about February 20th, 2015, the Defendant,
25    Russell Laffitte, being an officer, director, agent, and

```
 1      employee of Palmetto State Bank, a financial institution
 2      insured by the FDIC, with the intent to injure and
 3      defraud the bank willfully misapplied, abstracted, and
 4      purloined money in that he caused the bank to fund a
 5      $500,000 line of credit to a bank customer for purposes
 6      of farming.  Thereafter he issued a $284,787.52
 7      cashier's check knowing that those loan proceeds would
 8      be and were used for other purposes, mainly to payoff
 9      loans that were previously extended from HP's
10      conservatorship account.  Those allegations are also
11      further set forth in the scheme and artifice, and that
12      is subsection G, I believe, on page 5 of the Superseding
13      Indictment.
14              Substantively, all other matters in the
15      Indictment remain the same, Your Honor.
16              The penalties for all six counts in the
17      Indictment are a maximum term of imprisonment of 30
18      years, a fine of $250,000, and a million dollars for
19      the 656 charges, supervised release for five years for
20      the 656  -- for all of them -- and a Special Assessment
21      of a hundred dollars.
22              THE COURT:  All right.  So, thank you.
23              Ms. Laffitte, I do want to remind you, you do
24      have the right to remain silent or anything you say in
25      court can and will be used against even in this court
```

```
 1    hearing and future hearings, do you understand that,
 2    sir?
 3              THE DEFENDANT:  Yes, ma'am.
 4              THE COURT:  Do you understand the nature of all
 5    of the charges in the Superseding Indictment and the
 6    maximum penalties you are facing for that?
 7              THE DEFENDANT:  I do.
 8              THE COURT:  I will ask the Clerk of Court to
 9    enter a not guilty plea for you today, there is a form
10    that you sign for that.  Mr. Bart Daniel, if you will
11    come up and get it for him.
12              I believe he has already been informed of his
13    Rule 5(f), the government's obligations to disclose all
14    exculpatory evidence.
15              MS. LIMEHOUSE:  That's correct, Judge.
16              THE COURT:  Thank you.
17              I note that Mr. Laffitte's counsel filed a
18    motion to modify his bond late yesterday afternoon.  We
19    will set that for a separate hearing, that has not
20    really been a sufficient time for the Government to
21    respond or to notify the victims of the motion to
22    modify.  So, we will set that.
23              Ms. Limehouse, does the Government wish to
24    respond in writing?  I will set a deadline for that if
25    you want to file a written response.
```

```
 1          MS. LIMEHOUSE:  Whatever the Court prefers, Your
 2     Honor.  We can plan to do both in writing and orally.
 3     We are prepared to move forward whenever Your Honor is
 4     ready.
 5          THE COURT:  All right.  I also -- you see, I
 6     have a full docket this morning, so I don't have an
 7     opportunity to really have that hearing today.
 8          MS. LIMEHOUSE:  Sure.
 9          THE COURT:  I would ask that counsel confer, and
10     if you are going to file something, file it by Monday,
11     something in writing, we will set the hearing for next
12     week, I will send out a notice of that, but I would
13     ask the parties to confer and let the Clerk of Court
14     know how much time we need to set aside for the hearing
15     based upon whether or not there is any witness
16     testimony.
17          MS. LIMEHOUSE:  We will.
18          MR. DANIEL:  We will.
19          THE COURT:  Anything further I can do today for
20     this matter, Ms. Limehouse?
21          MS. LIMEHOUSE:  No.
22          THE COURT:  Mr. Daniel.
23          MR. DANIEL:  Nothing further, Your Honor.
24          THE COURT:  Mr. Daniel anything further.
25          MR. DANIEL:  No, Your Honor.
```

```
 1            MR. DANIEL:  Just so the Court knows, we thought
 2     we were pretty close, the reason we filed that at the
 3     last minute or late hour, we were moving for it the last
 4     couple of weeks on conditions of bond and that didn't
 5     get accomplished in time.  I am not blaming anybody,
 6     it just hasn't gotten accomplished in time.
 7            THE COURT:  If there is some reason you work it
 8     out and there is no need for a hearing, please let the
 9     Court know.
10            MR. DANIEL:  Certainly, Your Honor.
11            MS. LIMEHOUSE:  Yes, Your Honor.
12                           CERTIFICATE
13
14
15       I certify that the foregoing is a correct transcript
16     from the official electronic sound recording of the
17     proceedings in the above-entitle matter.
18
19
20     _____          August 24, 2022
        /Debra R. Bull                        Date
21
22
23
24
25
```