IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 9:22-cr-658 |
| vs. ) | |
| ) | |
| RUSSELL LUCIUS LAFFITTE ) | |
| ) | |
| Defendant ) | |
| _____) | |

## **CERTIFICATION**

I hereby certify that on September 13, 2022, a copy of the foregoing Defendant's First Motion for Discovery and Inspection has been filed with the Clerk of Court via the CM/ECF system which will electronically send notification of this filing to all counsel of record.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ E. Bart Daniel*
E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
Marshall "Matt" Austin
Federal Bar No. 11435
E-Mail: matt.austin@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

*Attorneys for Russell Lucius Laffitte*