IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**MOTION TO AMEND ORDER GOVERNING DISCOVERY**

The Defendant, Russell Lucius Laffitte, without objection by the United States of America, hereby respectfully moves this Court for an Order amending its July 27, 2022, Order Governing Discovery. [ECF 19] Specifically, the Defendant requests that language be incorporated into Paragraph 4 of the Order Governing Discovery to allow for defense counsel to disclose the contents of and allow the review of discovery furnished by the United States and labeled as "restricted materials" in the presence of counsel or counsel's employees to the Defendant, any person employed by, retained by, or associated with counsel who is assisting in the defense and trial preparation.

WHEREFORE, the Defendant, Russell Lucius Laffitte, without objection of the United States of America, respectfully requests that the Court enter the proposed Amended Order Governing Discovery attached hereto as <u>Exhibit 1</u>.

[signature page to follow]

       Respectfully submitted,

       NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
       E. Bart Daniel
       Federal Bar No. 403
       E-Mail: bart.daniel@nelsonmullins.com
       Matt Austin
       Federal Bar No. 11435
       E-Mail: matt.austin@nelsonmullins.com
       151 Meeting Street / Sixth Floor
       Post Office Box 1806 (29402-1806)
       Charleston, SC  29401-2239
       (843) 853-5200

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina

September 20, 2022