IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:22-cr-00658-RMG |
| | ) | |
| vs. | ) | **WITHDRAWAL OF MOTION TO** |
| | ) | **QUASH, ECF No. 41** |
| RUSSELL LUCIUS LAFFITTE. | ) | |
| _____ | ) | |

      Movant John Nichols, Disciplinary Counsel at the Supreme Court of South Carolina's Office of Disciplinary Counsel ("ODC"), hereby withdraws the previously filed Motion to Quash, ECF No. 41. This withdrawal is without prejudice to refile if necessary.

                                        Respectfully Submitted,

                                        /s/ John L. Warren III
                                        John L. Warren III (Federal ID No. 12164)
                                        Email: jw@billnettleslaw.com
                                        Law Office of Bill Nettles
                                        2008 Lincoln St.
                                        Columbia, SC 29201
                                        Tel: (803) 814-2826

                                        Attorney for Movant John Nichols, in his Official
                                        Capacity as the Disciplinary Counsel for the Office
                                        of Disciplinary Counsel

September 20, 2022