**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No. 9:22-cr-00658-RMG |
| | ) | |
| Russell Lucius Laffitte, | ) | |
| | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

The Court issues this Order pursuant to a September 22, 2022, telephone status conference with counsel of record to discuss various discovery and pre-trial matters. The Court issues the following:

1. <u>Amended Discovery Order</u>: Counsel for the parties requested a status conference with the Court to discuss amending the Order governing discovery in this case to address Defendant's access to discovery designated as "Restricted Access". (Dkt. No. 19). The Court instructed the parties to meet and confer on this issue and directed counsel for the United States to submit a proposed amended order governing discovery that addresses this issue for the Court's review.

2. <u>Motion for Grand Jury Testimony</u>: The parties came to an agreement the United States will produce a transcript of the testimony of the FBI agent who testified before the grand jury to Defendant on October 21, 2022. Per the parties' agreement, Defendant's motion for the production of grand jury transcripts is **DENIED AS MOOT**. (Dkt. No. 48).

3. <u>Pre-Trial Deadlines</u>:

    1. The deadline for Defendant to file any pretrial motions is October 21, 2022. The response deadline is October 28, 2022;

2. The parties are instructed to furnish and file pre-trial briefs, voir dire, jury instruction requests, exhibit lists, and witness lists consistent with the applicable authorities including Special Instructions for Cases Before Judge Richard Mark Gergel no later than 5:00 p.m. on October 28, 2022;

3. Any party seeking to strike jurors for cause shall submit a joint list of intended strikes utilizing the Strike for Cause Form contained in the Special Instructions for Cases Before Judge Richard Mark Gergel to the Court no later than 8:00 a.m. on November 3, 2022;

4. The pre-trial conference is set to begin at 1:00 p.m. on November 7, 2022;

5. Jury selection is set to commence at 10:00 a.m. on November 8, 2022 immediately followed by a trial by jury.

**AND IT IS SO ORDERED**.

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

September 22, 2022
Charleston, South Carolina