UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Russell Lucius Laffitte

CASE NO.   9:22-cr-658

## PLEA

The Defendant, _____Russell Lucius Laffitte_____, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

9/23/22

Charleston, South Carolina