IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 9:22-cr-00658-RMG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

The government advises the Court and all parties that Assistant United States Attorney Kathleen Michelle Stoughton hereby enters her appearance as co-counsel for the United States of America in the above captioned case.

    Respectfully submitted,

    ADAIR F. BOROUGHS
    UNITED STATES ATTORNEY

    */s/Kathleen Michelle Stoughton*
    Kathleen Michelle Stoughton
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, SC 29201
    Tel. (803) 929-3000
    Fax (803) 929-3135
    Email: Kathleen.Stoughton@usdoj.gov

September 23, 2022