1  Alex.  You know, when he came in, he was always rushing and
2  say, look, I need this, and we would do it.
3       Q.   So you just didn't ask any questions?
4       A.   No, no, very rarely.
5       Q.   Let's talk about when you were appointed to become
6  conservator for Natasha Thomas.  Do you remember signing a
7  petition for the probate court to have you appointed?
8       A.   I don't remember signing it, but I'm sure I did.
9       Q.   If I showed you a document, would it maybe refresh
10 your recollection?
11      A.   I would assume that I signed it.  I had to sign it.
12      Q.   Do you remember signing a petition that stated that
13 Natasha Thomas was 15 years old?
14      A.   No.
15      Q.   Just review that quickly, specifically the first and
16 third pages.
17      A.   Could you give me my glasses, please?  What am I
18 looking at?
19      Q.   The first and the third pages, specifically you will
20 see where you stated what Natasha Thomas's age was.
21      A.   Natasha Thomas, age 15, date of birth 6/5/1997,
22 Social Security number --
23      Q.   Look on page 3, if you will, where you signed it in
24 two portions.
25      A.   Correct.  I signed it.

1   Q. Okay. All right. Those two portions that you
2   signed, one is the verification portion that you swear that
3   the facts in this statement are true to the best of your
4   knowledge, information, and belief. And that includes that
5   Natasha Thomas was 15 years old at the time?
6   A. Yes.
7   Q. And the second portion you signed is the
8   qualification and statement of acceptance under which you
9   agreed to perform the duties as the conservator for Natasha
10  Thomas?
11  A. Correct.
12  Q. At the time Natasha Thomas was actually 18 years
13  old, wasn't she?
14  A. I don't know that.
15  Q. Because you never met her?
16  A. I'm not sure. I think I probably met her in court.
17  Q. You didn't know that she was 18 at the time that you
18  swore to the probate court the facts were accurate?
19  A. I didn't -- I didn't type that up. That was brought
20  and handed over to sign it, but, yes, I did sign it.
21  Q. And you swore that she was 15 when, in fact, she was
22  18 years old?
23  A. Yes, because I signed it.
24  Q. And the significance of that misrepresentation to
25  the court is that had you been truthful about her age, you

1  would not have been appointed to serve as a conservator
2  because she was 18 years old?
3      A.   To the best of my knowledge, when I signed it, that
4  was correct.  I didn't fill it out.
5      Q.   Did you do anything to determine what her actual age
6  was as her conservator?
7      A.   My lawyer brought those forms over.  Said, hey, I
8  need you to be conservator.  And I went, looked at it.  He
9  said, this is what I need.  And I signed it.
10     Q.   You had a duty -- you owe a duty to Natasha Thomas,
11 not to Alex Murdaugh.  You owe a duty to Natasha Thomas?
12     A.   I do.
13     Q.   And you didn't do anything to determine, as you
14 swore, that she was actually 15 years old?
15     A.   I did not check her I.D.
16     Q.   And you did what Alex Murdaugh needed you to do so
17 that he could steal her money, and you collected fees to do
18 so?
19     A.   No, ma'am.
20     Q.   You collected fees, not even determining if she was
21 18?
22     A.   I didn't collect fees.  I did not in any way, shape,
23 or form do anything to assist Alex Murdaugh to steal from
24 her.
25     Q.   You swore to the Court that she was 15 when she was

1  really 18.

2       A.   I did not know she was 18.

3       Q.   You swore to the Court.

4       A.   I did.  I am not arguing that fact.

5            MR. DANIEL:  Your Honor, I object.  She's asked it
6  four times and he's given the same answer each time.

7            THE COURT:  I will agree.  Move on, Counselor.

8            MS. LIMEHOUSE:  Thank you, Your Honor.

9  BY MS. LIMEHOUSE:

10      Q.   Had you not lied to the Court for Alex Murdaugh, he
11 would not have been able to steal the money because you would
12 not be the conservator?

13      A.   He would not have been able to steal it.  I will
14 agree with that.  But I did not do it intentionally.  I did
15 not know.

16      Q.   All right.  Let's talk about the summer of 2021.
17 Okay?

18      A.   All right.

19      Q.   All right.  So June of 2021, what is Alex's
20 financial picture with Palmetto State Bank?

21      A.   He's got his loans.  That's all I remember.

22      Q.   How much?

23      A.   I don't know.

24      Q.   What's happening with that?

25      A.   Over a million dollars.  I'm trying to think what --