IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Russell Lucius Laffitte,<br><br>Defendant. | Case No. 9:22-cr-00658-RMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Christian Joshua Myers, hereby enters his appearance as counsel in the above-captioned action on behalf of Defendant, Russell Lucius Laffitte.

Said counsel further requests that all counsel of record and the Clerk of Court please add counsel for the Defendant to their respective service lists and provide copies of all future pleadings, correspondence, and other relevant matters to counsel at the address set forth herein below.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Christian Joshua Myers*
　　Christian Joshua Myers
　　Federal Bar No.: 13096
　　E-Mail: josh.myers@nelsonmullins.com
　　101 Constitution Avenue NW / Suite 900
　　Washington, DC 20001
　　(202) 689-2800

AND

　　E. Bart Daniel
　　Federal Bar No. 403
　　E-Mail: bart.daniel@nelsonmullins.com
　　Matt Austin
　　Federal Bar No. 11435
　　E-Mail: matt.austin@nelsonmullins.com
　　151 Meeting Street / Sixth Floor

1

        Post Office Box 1806 (29402-1806)
        Charleston, SC  29401-2239
        (843) 853-5200

        *Attorneys for Defendant, Russell Lucius Laffitte*

Charleston, South Carolina

October 4, 2022