IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL NO. 9:22-658-RMG |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **RUSSELL LUCIUS LAFFITTE** ) | |
| ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO AUTHORIZE SUBPOENA DUCES TECUM**

The Government has no objection to the Defendant Russell Lucius Laffitte's request for authorization to issue a subpoena duces tecum to Parker Law Group, LLP and/or its predecessor Peters Murdaugh Parker Eltzroth & Detrick, P.A.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Emily Limehouse*
Emily Evans Limehouse (Federal ID #12300)
Winston D. Holliday, Jr. (Federal ID #7597)
Kathleen Michelle Stoughton (Federal ID #12161)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina, 29402
(843) 266-1663
Emily.Limehouse@usdoj.gov

October 8, 2022