IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:22-cr-658 |
| | ) | |
| v. | ) | |
| | ) | |
| **RUSSELL LUCIUS LAFFITTE** | ) | |

## GOVERNMENT'S MOTION FOR DISCLOSURE OF EXPERT WITNESS(ES)

The United States, by and through its undersigned attorney, moves that this Honorable Court direct the Defendant to disclose the following:

A. Pursuant to FED. R. CRIM. P. 16(b)(1)(C):

A written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence at trial. The government requests that this summary describe the opinions of the witness(es), the basis and reasons of such opinion(s) and the qualifications of the witness(es).

    Respectfully submitted,

    ADAIR F. BOROUGHS
    UNITED STATES ATTORNEY

    By: _s/ Emily Evans Limehouse_
    Emily Evans Limehouse (#12300)
    Assistant U.S. Attorney
    151 Meeting Street, Suite 200
    Charleston, South Carolina 29401-2238
October 17, 2022    (843) 727-4381