IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | **[proposed] ORDER** |
| Defendant. | |

Upon consideration of the Defendant's *Motion and Memorandum in Support Thereof for Authorization to Issue a Subpoena Duces Tecum for the Production Before Trial of Certain Records and Documents* ("Motion") filed October 17, 2022, and any responses thereto, the Court being fully informed, it is this ___ day of October, 2022.

**ORDERED** that the Motion is hereby **granted**, and it is further

**ORDERED** that the Defendant is granted authorization to issue the subpoena *duces tecum* attached to the Motion as Exhibit 1.

_____
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

October ___, 2022