Defendant's Motion to Seal

# Exhibit 1

Non-Confidential Descriptive Index
(Local Criminal Rule 49.01(B)(2)(a))

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

United States of America,

v.

Russell Lucius Laffitte,

Defendant.

Case No. 9:22-cr-00658-RMG

**Non-Confidential Descriptive Index**

In accordance with Local Crim. R. 49.01(B)(2)(a) (D.S.C.) and the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-00333-TLW (Oct. 28, 2014), the following non-confidential descriptive index is filed contemporaneously with the Motion to Seal filed by Defendant:

| Exhibit | Document | Description |
|---|---|---|
| A | Response to Palmetto State Bank's Letter Brief | Defendant's unredacted response to the letter brief provided to the Court by Palmetto State Bank's counsel asserting attorney-client privilege. |
| B | Proposed Redacted Response to Palmetto State Bank's Letter Brief | A copy of the response brief with *proposed* redactions for service on the Government and/or filing on the Court's unsealed docket. |
| C | Audio Recording<br><br>[Exhibit 1 to Response Brief] | Audio recording of the November 3, 20221 Board meeting.  This is being submitted to Clerk on a CD by hand-delivery in sealed envelope. |
| D | Transcript of Audio Recording (Oct. 8, 2022)<br><br>[Exhibit 2 to Response Brief] | Official transcript of the audio recording from the Bank's November 3, 2021 Board Meeting |
| E | Endorsed Check and Email Chain (Nov. 2, 2021)<br><br>[Exhibit 3 to Response Brief] | Copy of an endorsed $680,000 check from the law firm of Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. and email chain about the check. |

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
  E. Bart Daniel, Federal Bar No. 403
  E-Mail: bart.daniel@nelsonmullins.com
  Matt Austin, Federal Bar No. 11435
  E-Mail: matt.austin@nelsonmullins.com
  151 Meeting Street / Sixth Floor
  Post Office Box 1806 (29402-1806)
  Charleston, SC  29401-2239
  (843) 853-5200

  Christian J. Myers, Federal Bar No. 13096
  E-mail:  josh.myers@nelsonmullins.com
  Phone: (202) 689-2800
  101 Constitution Avenue NW, Suite 9000
  Washington, DC 20001

  *Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
October 18, 2022