IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**vs.** )<br>)<br>)<br>)<br>**RUSSELL LUCIUS LAFFITTE** )<br>) | CRIMINAL NO. 9:22-658-RMG |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO AUTHORIZE SUBPOENA DUCES TECUM

The Government has no objection to the Defendant Russell Lucius Laffitte's request for authorization to issue subpoenas duces tecum to Parker Law Group, LLP and/or its predecessor Peters Murdaugh Parker Eltzroth & Detrick, P.A. and to The Hobbes Group, P.A.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Emily Limehouse*
Emily Evans Limehouse (Federal ID #12300)
Winston D. Holliday, Jr. (Federal ID #7597)
Kathleen Michelle Stoughton (Federal ID #12161)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina, 29402
(843) 266-1663
Emily.Limehouse@usdoj.gov

October 21, 2022