**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal Action No.: 9:22-00658-RMG |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Russell Lucius Laffitte, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court are Defendant's motions for Court authorization to issue subpoenas *duces tecum* filed pursuant to Federal Rule of Criminal Procedure Rule 17(c) for the production of certain records and documents of: (1) the Parker Law Group, LLP and and/or its predecessor Peters Murdaugh Elzroth & Detrick, P.A.; (2) The Hobbes Group, PA; and (3) Palmetto State Bank filed on October 17, 2022 and October 24, 2022 respectively. (Dkt. Nos. 101; 102; 113). The Government has had an opportunity to respond to Defendant's request for authorization to issue subpoenas *duces tecum* does not oppose the requests. (Dkt. Nos. 107; 115).

Upon consideration of the Defendant's motions and the responses thereto, Defendant's motions are **GRANTED** (Dkt. Nos. 101; 102; 113);

It is hereby **ORDERED** that Defendant is granted authorization to issue the subpoenas *duces tecum* attached to the motions. (Dkt. Nos. 101-1; 102-1; 113-1).

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

October 25, 2022
Charleston, South Carolina