# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal Action No.: 9:22-00658-RMG |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Russell Lucius Laffitte, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has before it a claim of attorney-client privilege asserted by Palmetto State Bank concerning an audio recording of November 3, 2021 executive session of the bank's board with bank counsel and related emails of November 2, 2021. Counsel for the Defendant and Palmetto State Bank have made certain filings with the Court relating to this claim of attorney-client privilege.

In order to the protect claimed attorney-client communications and Defendant's right to a fair trial, the Court at this time seals these communications with the Court and the related documents. The Court has weighed the public right of access against competing interests in light of the governing Fourth Circuit law and finds that sealing is warranted here at this time. The Court further finds that less drastic measures are impracticable given the formatting of the documents.

**AND IT IS SO ORDERED.**

s/ Richard M. Gergel  
Richard M. Gergel  
United States District Judge

October 25, 2022
Charleston, South Carolina