IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**Consent Motion for an Extension of Time for Pre-Trial Deadlines**

Pursuant to Rule 45 of the Federal Rules of Criminal Procedure, Defendant Russell Lucius Laffitte, by and through undersigned counsel, hereby moves the Court for a short extension of time concerning the pre-trial deadlines in this case. In support thereof, Mr. Laffitte states as follows:

1. On September 22, 2022, the Court issued its Order concerning discovery and pre-trial matters. (Order, ECF No. 68.) As it concerned pre-trial matters, the Court required the Government and Mr. Laffitte to "furnish and file pre-trial briefs, voir dire, jury instruction requests, exhibit lists, and witness lists consistent with the applicable authorities including Special Instructions for Cases Before Judge Richard Mark Gergel no later than 5:00 p.m. on October 28, 2022." (*Id.* at 2.)

2. Pursuant to the Court's Order, on Friday, October 28, 2022, Mr. Laffitte and the Government will confer about exhibits and witnesses. However, in order to finalize exhibits and witnesses for his defense, Mr. Laffitte requests that the Court extend the Friday, October 28, 2022, deadline to Monday, October 31, 2022. Because the extra time will enable Mr. Laffitte to finalize his witnesses for trial and present a robust defense, "good cause" exists for this short extension under Rule 45.

3. Moreover, the Government consents to a short extension for these pre-trial matters.

1

4. Accordingly, Mr. Laffitte requests that this Court GRANT this Consent Motion for an Extension of Time for Pre-Trial Deadlines.

Respectfully Submitted,

/s/ E. Bart Daniel

E. Bart Daniel
Federal Bar No. 403
Nelson Mullins Riley & Scarborough LLP
E-mail:  bart.daniel@nelsonmullins.com
Phone: (843) 853-5200
151 Meeting Street, 6th Floor
P.O. Box 1806 (29402-1806)
Charleston, SC 29401-2239

/s/ Matt Austin

Matt Austin
Federal Bar No. 11435
Nelson Mullins Riley & Scarborough LLP
E-mail:  matt.austin@nelsonmullins.com
Phone: (843) 853-5200
151 Meeting Street, 6th Floor
P.O. Box 1806 (29402-1806)
Charleston, SC 29401-2239

/s/ Christian Joshua Myers

Christian J. Myers
Federal Bar No. 13096
Nelson Mullins Riley & Scarborough LLP
E-mail:  josh.myers@nelsonmullins.com
Phone: (202) 689-2800
101 Constitution Avenue NW, Suite 9000
Washington, DC 20001

*Attorneys for Russel Lucius Laffitte*

Charleston, South Carolina
October 26, 2022