IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL. NO. 9:22-658 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **RUSSELL LUCIUS LAFFITTE** | ) | |
| | ) | |

**Government's Proposed Voir Dire**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the Government requests that the Court submit these questions of the jury panel in addition to those usually asked:

1.  Do any of you possess knowledge of events involving Russell Laffitte and/or Alex Murdaugh, that would prevent you from being fair in this case?

2.  Do any of you believe you could not be fair in a case involving the Department of Justice, or DOJ?

3.  Do any of you believe you could not be fair in a case involving the Federal Bureau of Investigation, or FBI?

4.  Please indicate whether you have ever been involved in a civil lawsuit that involved a conservator or personal representative to manage or oversee settlement funds. [For those who stand, please describe those circumstances.]

1

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Winston D. Holliday, Jr.*
    Winston D. Holliday, Jr. (Fed. ID #7597)
    Emily Evans Limehouse (Fed. ID #12300)
    Kathleen Stoughton (Fed. ID #12161)
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, South Carolina, 29201
    (803) 920-6097
    Winston.holliday@usdoj.gov

October 31, 2022