

G. Trenholm Walker
Thomas P. Gressette, Jr.
John P. Linton, Jr.
Charles P. Summerall, IV
Jennifer Ivey
James W. Clement

THOMAS P. GRESSETTE, JR.
Direct: 843.727.2249
Email: Gressette@WGLFIRM.com

September 16, 2022

**<u>Via Email Only</u>**
Emily Limehouse, Esq.
Assistant United States Attorney

RE:   Supplemental Production

Dear Emily:

Pursuant to our conversations and in response to pending subpoena(s) issued to Palmetto State Bank, I am herewith producing documents bearing Bates Numbers **PSB 205599** to **PSB 205600**.

We are making this production based upon your agreement with Greg Harris that, among other things, this production does not constitute a waiver of privileges and protections, including the attorney-client privilege and work product protection.

As with all productions to date and in the future, PSB reserves all privileges and protections available, including the attorney-client privilege and work product protection. PSB reserves the right to request the return of any privileged information produced.

If you have any difficulty accessing the production or if you have any questions or concerns, please call me at 843-727-2249 or email me at Gressette@WGLFIRM.com.

Sincerely,

/s/
Thomas P. Gressette, Jr.

Enclosures (as stated)

| | |
|---|---|
| From: | "Russell Laffitte" |
| To: | "hbrailroad@gmail.com" <hbrailroad@gmail.com> |
| CC: | "lmalinow59@gmail.com" <lmalinow59@gmail.com>, "Becky Laffitte" < blaffitte@robinsongray.com>, "Bobby Stepp" < rstepp@robinsongray.com>, "Cal Watson" <cwatson@robinsongray.com>, "Charles Laffitte" <claffitte@palmettostate.bank>, "Charles Laffitte III" <claffitte3@palmettostate.bank >, "Gray Henderson" <ghenderson@palmettostate.bank>, "Helms, Kathy Dudley" < kathy.helms@ogletree.com>, "Jan Malinowski" <jmalinowski@palmettostate.bank >, "Trenholm Walker" <walker@wgfllaw.com>, "jsgibson43@yahoo.com" <jsgibson43@yahoo.com>, "lucius@drlaffitte.com" <lucius@drlaffitte.com>, "spann.laffitte@deltadentalsc.com" <spann.laffitte@deltadentalsc.com> |
| Subject: | RE: RE: CONFIDENTIAL- ATTORNEY CLIENT PRIVILEGE INFORMATION |
| Date: | Fri, 29 Oct 2021 21:11:03 +0000 |
| Message-ID: | <SJ0PR22MB2478957096830A19D8162608CC879@SJ0PR22MB2478.namprd22.prod.outlook.com> |
| Sender: | "Russell Laffitte" |
| X-Source-Folder: | From J.Malinowski |
| X-Email-Hash-MD5: | 247c760df9ca0534c800c07d8cf6d697 |

We will discuss in the board meeting. I was responsible. 12 checks made payable to psb converted to others. Hopefully no other cases. This took place in 2013.

**Russell L. Laffitte**
**Chief Executive Officer**
Palmetto State Bank
601 First Street W.
Hampton, SC  29924
(803) 943-7694 Direct
(803) 943-2671 Work
(803) 943-8910  Cell
www.palmettostatebank.com
NMLS ID #793359



**CONFIDENTIALITY NOTICE:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of Palmetto State Bank. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please reply back to sender.

**From:** Norris Laffitte <hbrailroad@gmail.com>
**Sent:** Friday, October 29, 2021 4:54 PM
**To:** Russell Laffitte <rlaffitte@palmettostate.bank>
**Cc:** lmalinow59@gmail.com; Becky Laffitte <blaffitte@robinsongray.com>; Bobby Stepp <rstepp@robinsongray.com>; Cal Watson <cwatson@robinsongray.com>; Charles Laffitte <claffitte@palmettostate.bank>; Charles Laffitte III <claffitte3@palmettostate.bank>; Gray Henderson <ghenderson@palmettostate.bank>; Helms, Kathy Dudley <kathy.helms@ogletree.com>; Jan Malinowski <jmalinowski@palmettostate.bank>; Trenholm Walker <walker@wgfllaw.com>; jsgibson43@yahoo.com; lucius@drlaffitte.com; spann.laffitte@deltadentalsc.com
**Subject:** Re: CONFIDENTIAL- ATTORNEY CLIENT PRIVILEGE INFORMATION

Who was responsible for the conversion?
Are multiple employees involved?
When did it/they happen?
What all was involved?
How many times?
How many other cases like this are out there?
Have we let the employee(s) who did this go?


On Oct 29, 2021, at 3:57 PM, Russell Laffitte <rlaffitte@palmettostate.bank > wrote:


Attorney's were informed, but not consulted. They were consulted by phone so nothing to share. This is not a lawsuit issue. It is a banking issue of us converting checks.

Thanks,

**Russell L. Laffitte**
**Chief Executive Officer**
Palmetto State Bank
601 First Street W.
Hampton, SC  29924
(803) 943-7694 Direct
(803) 943-2671 Work

(803) 943-8910 Cell
www.palmettostatebank.com
NMLS ID #793359

<image001.png>

**CONFIDENTIALITY NOTICE:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of Palmetto State Bank. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please reply back to sender.

**From:** Liz Malinowski <lmalinow59@gmail.com>
**Sent:** Friday, October 29, 2021 3:39 PM
**To:** Russell Laffitte <rlaffitte@palmettostate.bank>
**Cc:** Becky Laffitte <blaffitte@robinsongray.com>; Bobby Stepp <rstepp@robinsongray.com>; Cal Watson <cwatson@robinsongray.com>; Charles Laffitte <claffitte@palmettostate.bank>; Charles Laffitte III <claffitte3@palmettostate.bank>; Gray Henderson <ghenderson@palmettostate.bank>; Helms, Kathy Dudley <kathy.helms@ogletree.com>; Jan Malinowski <jmalinowski@palmettostate.bank>; Trenholm Walker <Walker@wgfllaw.com>; hbrailroad@gmail.com; jsgibson43@yahoo.com; lucius@drlaffitte.com; spann.laffitte@deltadentalsc.com
**Subject:** Re: CONFIDENTIAL- ATTORNEY CLIENT PRIVILEGE INFORMATION

I assume one of our attorneys was consulted before the decision was made. Will you please share the communication with the Board?

I would like to see the Board meet prior to the regularly scheduled November meeting for a full update and discussion. Perhaps if we schedule something for late afternoon one day next week most people can attend or join by Zoom.

Liz

On Fri, Oct 29, 2021 at 3:21 PM Russell Laffitte <rlaffitte@palmettostate.bank> wrote:

> Everyone,
>
> I just wanted to give everyone a heads up on a charge that you will hear about in detail during our next board meeting. We took a $680,000 loss to fix an issue between us and the PMPED Law Firm. We converted $1,172,945.76 in checks made payable to PSB to numerous other places as part of another stolen case settlement. This all involved a case with Alex Murdaugh. I negotiated with the law firm to pay part and they pay the balance to make their client whole. We are moving $680,000 out of loan loss reserve to offset this loss since we have ample reserves at this time.
>
> I look forward to discussing further at the board meeting.
>
> Thanks,
>
> **Russell L. Laffitte**
> **Chief Executive Officer**
> Palmetto State Bank
> 601 First Street W.
> Hampton, SC 29924
> (803) 943-7694 Direct
> (803) 943-2671 Work
> (803) 943-8910 Cell
> www.palmettostatebank.com
> NMLS ID #793359
>
> <image001.png>
>
> **CONFIDENTIALITY NOTICE:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of Palmetto State Bank. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please reply back to sender.

--
Liz Malinowski

PSB 205600