Defendant's Motion to Seal

# Exhibit 1

Non-Confidential Descriptive Index
(Local Criminal Rule 49.01(B)(2)(a))

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**Non-Confidential Descriptive Index**

In accordance with Local Crim. R. 49.01(B)(2)(a) (D.S.C.) and the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-00333-TLW (Oct. 28, 2014), the following non-confidential descriptive index is filed contemporaneously with the Motion to Seal filed by Defendant:

| Exhibit | Document | Description |
|---|---|---|
| A | Defendant's Motion for a Hearing and Dismissal of the Second Superseding Indictment | Defendant's Motion to Dismiss Counts One and Four of the Second Superseding Indictment and, alternatively, the Second Superseding Indictment in its entirety. |
| B | Palmetto State Bank Bylaws (June 22, 2021) [Exhibit 1 to Motion] | Copy of the Palmetto State Bank (hereinafter "PSB") Bylaws; version as of June 22, 2021. |
| C | Walker Affidavit [Exhibit 2 to Motion] | Affidavit of PSB Counsel Trenholm Walker, provided to the parties and the Court under seal. |
| D | 10.31.2021 Board Minutes [Exhibit 3 to Motion] | Copy of the October 31, 2021, PSB Board of Directors ("the Board") meeting minutes. |
| E | Scans of Checks [Exhibit 4 to Motion] | Copies of checks related to the A.B. settlement, which were jointly negotiated between the law firm of Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. and PSB. |

| F | Transcript – PSB November 3 2021 Board Meeting [Exhibit 5 to Motion] | Official transcript of the audio recording from PSB's November 3, 2021 Board meeting. |
|---|---|---|
| G | Minutes 11.3.21 Meeting [Exhibit 6 to Motion] | Copy of the November 3, 2021 Board meeting minutes. |
| H | D.B. Disbursement Sheet [Exhibit 7 to Motion] | Copy of the disbursement sheet from the estate of D.B. settlement. |
| I | D.B. Probate Accounting [Exhibit 8 to Motion] | Copy of the accounting submitted by Mr. Laffitte to the Allendale County Probate Court in the matter of D.B. |
| J | 7.20.2022 Grand Jury Transcript [Exhibit 9 to Motion] | Official transcript of testimony presented to the grand jury on July 20, 2022 (Under seal pursuant to Fed. R. Crim. P. 6(e)). |
| K | 10.12.21 Executive Committee Minutes [Exhibit 10 to Motion] | Copy of the October 12, 2021 Executive Committee meeting minutes. |
| L | N.T. Petition to Appoint Conservator [Exhibit 11 to Motion] | Copy of the petition filed in Hampton County Probate Court to appoint Mr. Laffitte as conservator for N.T. |
| M | 9.20.2022 Grand Jury Transcript [Exhibit 12 to Motion] | Official transcript of testimony presented to the grand jury on September 20, 2022 (Under seal pursuant to Fed. R. Crim. P. 6(e)). |

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*

    E. Bart Daniel, Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    Matt Austin, Federal Bar No. 11435
    E-Mail: matt.austin@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    Christian J. Myers, Federal Bar No. 13096
    E-mail:  josh.myers@nelsonmullins.com
    Phone: (202) 689-2800
    101 Constitution Avenue NW, Suite 9000
    Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
November 1, 2022

3