# EXHIBIT 2

# Russell Laffitte

**From:** Russell Laffitte
**Sent:** Tuesday, November 2, 2021 5:35 PM
**To:** Trenholm Walker
**Cc:** spann.laffitte@deltadentalsc.com; lmalinow59@gmail.com; Becky Laffitte; jsgibson43@yahoo.com
**Subject:** RE: Badger

Trenholm,

The bank is paying this amount. The verbal contract between PSB and PMPED was done with the approval of the Chairman of the Board and the CEO. You are welcome to discuss terms, but it is not an option to not pay.

We agreed to this settlement amount, not because I was PR or Alex stole the money. It was done due to the fact that I converted these checks made to PSB. We were actually happy to settle for 680 versus the full amount.

Thanks,

**Russell L. Laffitte**
**Chief Executive Officer**
Palmetto State Bank
601 First Street W.
Hampton, SC 29924
(803) 943-7694 Direct
(803) 943-2671 Work
(803) 943-8910 Cell
www.palmettostatebank.com
NMLS ID #793359



*Payment to PMPED*



*www.palmettostatebank.com*
*Neighbors helping neighbors since 1907*

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of Palmetto State Bank. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please reply back to sender.

**From:** Trenholm Walker <Walker@WGFLLAW.com>
**Sent:** Tuesday, November 2, 2021 5:06 PM
**To:** Russell Laffitte <rlaffitte@palmettostate.bank>
**Cc:** spann.laffitte@deltadentalsc.com; lmalinow59@gmail.com; Becky Laffitte <blaffitte@robinsongray.com>; jsgibson43@yahoo.com
**Subject:** RE: Badger

1

Russell,

I will handle it. I will get in touch with Ronnie again to discuss this. Please refrain from dealing with Ronnie on this. I need to make sure that there is a clear understanding of the terms if the bank is willing to pay the amount. I will call him again later today or first thing in the morning.

Trenholm

**From:** Russell Laffitte <rlaffitte@palmettostate.bank>
**Sent:** Tuesday, November 2, 2021 4:28 PM
**To:** Trenholm Walker <Walker@WGFLLAW.com>
**Cc:** spann.laffitte@deltadentalsc.com; lmalinow59@gmail.com; Becky Laffitte <blaffitte@robinsongray.com>; jsgibson43@yahoo.com
**Subject:** RE: Badger

Trenholm,

Please let me know when we decide to pay the check to the law firm. I would like to call them to do this sooner rather than later.

Thanks,

**Russell L. Laffitte**
**Chief Executive Officer**
Palmetto State Bank
601 First Street W.
Hampton, SC 29924
(803) 943-7694 Direct
(803) 943-2671 Work
(803) 943-8910 Cell
www.palmettostatebank.com
NMLS ID #793359



CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of Palmetto State Bank. If you are not the original recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you received this email in error, please reply back to sender.

**From:** Trenholm Walker <Walker@WGFLLAW.com>
**Sent:** Tuesday, November 2, 2021 9:42 AM
**To:** Russell Laffitte <rlaffitte@palmettostate.bank>

2