# EXHIBIT 4



DDA Credits - 10/3/2013



DDA Credits - 10/3/2013

| | |
|---|---|
| FILE COPY 10/3/2013 231572 | |
| PURCHASED BY loan payment | 93,869.49 |
| PAYABLE TO Hannah Plyler | |

DDA Credits - 10/3/2013

Palmetto State 053202596
Hampton
2013-10-03
029500255

DDA Credits - 10/3/2013

| | 45028 |
|---|---|
| PETERS, MURDAUGH, PARKER, ... PALMETTO STATE BANK | 9/13/2013 |
| PAY TO THE ORDER OF  Palmetto State Bank | 101,320.49 |
| One Hundred One Thousand, Three Hundred Sixty-Nine & 49/100 Dollars | DOLLARS |
| Palmetto State Bank PO Box 100 Hampton, SC 29924 | |
| MEMO  Estate of Donna Badger | |

DDA Debits - 10/3/2013

Palmetto State 053202596
Hampton
2013-10-03
029500233

DDA Debits - 10/3/2013



DDA Debits - 12/18/2013



DDA Debits - 12/18/2013

**CHECKING DEPOSIT**

Palmetto STATE BANK

DATE 12/18/13

DEPOSIT TO ACCOUNT NUBMER
69399509

NAME Hannah Plyler

NET DEPOSIT $ 1,01 369.49

⑆5111⑈0000⑈   009

DDA Credits - 12/18/2013

$101,369.49
11:15
Rec'd 69399507
DDA Deposit
05 12/18/13
Hampton
0030419600

Palmetto State 053202596
Hampton
2013-12-18
030419600

DDA Credits - 12/18/2013



DDA Debits - 10/28/2013



DDA Debits - 10/28/2013

**CHECKING DEPOSIT**

Palmetto STATE BANK

DATE 10/28/13

DEPOSIT TO ACCOUNT NUBMER
69399509

NAME Hanna Plyler

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT

:5111:0000:    009

NET DEPOSIT $ 101,369.49

DDA Credits - 10/28/2013

0029780056

Palmetto State 053202596
Hampton
2013-10-28
029780056

DDA Credits - 10/28/2013



GL Credits - 10/29/2013

GL Credits - 10/29/2013

GL Credits - 10/29/2013

GL Credits - 10/29/2013



DDA Debits - 10/29/2013

DDA Debits - 10/29/2013



DDA Debits - 1/21/2014



DDA Debits - 1/21/2014

**CHECKING DEPOSIT**

Palmetto STATE BANK

DATE 1-21-14

DEPOSIT TO ACCOUNT NUBMER
69266649

NAME Donna Badger

NET DEPOSIT $ 50,68425

|:5111"0000|:    009

DDA Credits - 1/21/2014

Palmetto State 053202596
Hampton
2014-01-21
030820180

DDA Credits - 1/21/2014



DDA Debits - 12/19/2013



DDA Debits - 12/19/2013

FILE COPY

232889

PURCHASED BY

12/19/2013

67-259/532
0065650007

PAYABLE TO
WIRE FEE

34,000.00

RECEIPT FOR BANK MONEY ORDER DRAWN ON

PALMETTO STATE BANK
HAMPTON, SC 29924

MEMORANDUM

FOR

⑃232889⑃ ⑈053202596⑈00 6965 0007⑃

DDA Credits - 12/19/2013

$34,000.00   Acct# 4965D007
15:36        16:12/19/13  20
SPL                Hampton

0030446611

Palmetto State 053202596
Hampton
2013-12-19
030446611

DDA Credits - 12/19/2013

**PALMETTO STATE BANK**
**Wire Transfer Request**

**Sender Information:**

Name: ALEX MURDAUGH

Date: 12/19/2013

Account #: ~~Gift Note~~ Transit 1006069
(if none, use 1011169)

Address: 101 MULBERRY ST
(physical address: no PO Boxes)

City: HAMPTON     State: SC     ZIP: 29924

Phone:     Identification:

**Receiving Bank Information:**

Bank Name: TD BANK     ABA#: 031101266

Bank Address: 100 ISLAND PARK DRIVE     Branch:

City: CHARLESTON     State: SC     ZIP 29492

**Beneficiary Information:**

Name: 4M IRON LLC

Address: 2414 C CLEMENTS FERRY ROAD

City: CHARLESTON     State: SC     ZIP 29492

Account#: 4271123493

Further Credit To:

Special Instructions:

**Payment Information:**

DOMESTIC ✓    INTERNATIONAL ☐    FEDWIRE ☐    BANKER'S BANK ☐

Currency: U.S. Dollars: _____     Foreign Currency Name/Amount: _____

Amount: 34,000.00
Fee: ----
Total: 34,000.00

OFAC: BC
Entries:
FedLine:
Verified:

Sender's Signature: Russell Laffitte
Bank Officer's Signature: [signature]

FILE COPY

232888

PURCHASED BY

12/19/2013

67-253/532
0005650007

PAYABLE TO
JEEP PURCHASE

8,200.00

RECEIPT FOR BANK MONEY ORDER DRAWN ON

EDWARD SMITH
PALMETTO STATE BANK
HAMPTON, SC 29924

FOR

MEMORANDUM

⑈232888⑈ ⑆053202596⑆ 00 8965 0007⑈

DDA Credits – 12/19/2013

$8,200.00    Acct# 69650007
            DD
15:25       16:12/12/19/13
SPL         Hampton

0030446612

Palmetto State 053202596
Hampton
2013-12-19
030446612

DDA Credits – 12/19/2013

| | | DTIP-PS |
|---|---|---|
| NEILL BANK SUPPLIES | **CASH OUT TICKET** <br> **TELLER** | |
| PALMETTO STATE BANK <br> HAMPTON, SC | 2 | |
| | 02  154 <br> 15:36  12/19/13 <br> Cash Out Ticket | $8,484.75 |
| ⑆053202596⑆ | 1000269⑈ | 40 2 |

GL Credits - 12/19/2013

0030446613

Palmetto State 053202596
Hampton
2013-12-19
030446613

GL Credits - 12/19/2013



DDA Credits - 12/9/2013





GL Credits - 12/9/2013

DDA Debits - 12/9/2013



```
                                                                        45035

         PETERS, MURDAUGH, PARKER,           PALMETTO
         ELTZROTH & DETRICK, P.A.            STATE BANK
         CLIENT TRUST ACCOUNT                HAMPTON, S. C. 29924
         P.O. BOX 457                        67-259-532
         HAMPTON, SC 29924
                                                                    9/13/2013

PAY TO THE    Palmetto State Bank                          $    33,789.83
ORDER OF
         Thirty-Three Thousand, Seven Hundred Eighty-Nine & 83/100 Dollars
                                                                    DOLLARS
         Palmetto State Bank

         PO Box 158
         Hampton, SC 29924

                                                  AUTHORIZED SIGNATURE
MEMO     Estate of Donna Badger

         ⑆000045035⑆ ⑇053202596⑇00 6935 9272⑈
```

DDA Debits - 1/21/2014

```
0030820183


                         Palmetto State 053202596
                                Hampton
                              2014-01-21
                           030820183
```

For Deposit Only
69266649

DDA Debits - 1/21/2014



DDA Credits - 1/21/2014



DDA Credits - 1/21/2014



DDA Debits - 9/13/2013

DDA Debits - 9/13/2013

**CHECKING DEPOSIT**

Palmetto STATE BANK

DATE 9/13/13

DEPOSIT TO ACCOUNT NUBMER
6939 9509

NAME Hannah Plyler

CASH ▶ Alex

CHECKS OR TOTAL FROM OTHER SIDE ▶

SUB TOTAL ▶

☐ LESS CASH ▶

NET DEPOSIT $ 33789.83

⑈5111⑈0000⑈     009

DDA Credits - 9/13/2013

0029245684

Palmetto State 053202596    09/13/13    14:31
Hampton
2013-09-13                   99509       33,789.83
029245684

DDA Credits - 9/13/2013