# EXHIBIT 5

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ALLENDALE | CIVIL ACTION NO.: 2011-CP-03-43 |
| ARTHUR BADGER, | |
| PLAINTIFF, | **DISBURSEMENT SHEET** |
| v. | |
| UNITED PARCEL SERVICES, INC., AND MATTHEW FIELDS, | |
| DEFENDANTS. | |

| | |
|---|---|
| **RECOVERY AMOUNT** | $3,100,000.00 |
| **DISBURSEMENTS:** | |
| **ATTORNEY FEES:** 43182 | $1,240,000.00 |
| **COSTS/EXPENSES:** | $72,277.02 |
| Individual Expense – Cost Advanced (see attached listing) 43183 | $18,149.95 |
| Common Expense 43184 | $16,627.07 |
| Held in Trust Pending Additional Expenses | $2,500.00 |
| Russell Laffitte (Personal Representative Fee) 43185 | $35,000.00 |
| Total Expenses: | $72,277.02 |
| **LOANS/LIENS/MEDICAL BILLS:** | $92,840.17 |
| Palmetto State Bank Loan #6982728 | $42,599.47 |
| Palmetto State Bank Loan #6982814 | $629.22 |
| Palmetto State Bank Loan #6982906 | $620.70 |
| Palmetto State Bank Loan #6983027 | $609.17 |
| Palmetto State Bank Loan #6983158 | $595.29 |
| Palmetto State Bank Loan #6983260 | $587.97 |
| Palmetto State Bank Loan #6983357 | $579.83 |
| Palmetto State Bank Loan #6983518 | $570.61 |
| Palmetto State Bank Loan #6983620 | $1,797.46 |
| Palmetto State Bank Loan #6983769 | $1,059.32 |
| Total Loans: | $49,649.04  43186 |
| Cory H. Fleming, Esquire 43187 | $15,000.00 |
| Henry & Ella Walker 43164 | $15,819.93 |
| Solomon's & Lawton, P.C. 43188 | $7,500.00 |
| Total Liens: | $38,319.93 |
| Allendale County EMS 43189 | $705.50 |
| Allendale County Hospital 43190 | $2,006.50 |
| Hampton Regional Medical Center 43191 | $759.20 |
| Palmetto Primary Care Physicians 43192 | $1400.00 |
| Total Medical Bills: | $4,871.20 |
| Palmetto State Bank (Payment to fund structure per client request) | $1,325,000.00 |
| **PROCEEDS TO ARTHUR BADGER:** 43161 | $369,882.81 |
| **TOTAL DISBURSEMENT:** | $3,100,000.00 |

LAFFITTE_RESTRICTED_ACCESS_0074428

I UNDERSTAND THAT I WILL BE RESPONSIBLE FOR THE PAYMENT OF ANY AND ALL BILLS, EXPENSES AND/OR LIENS NOT DEDUCTED ABOVE.

As stated in our Contract of Representation, Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. does not hold itself out as having any expertise in tax matters and you have not retained Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. to provide you with advice regarding potential tax implications relating to your recovery in this matter. However, as a service to you – and without providing you with specific advice regarding tax issues – Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. is attaching to this Settlement Statement a copy of IRS Publication 4345 (Rev. 6-2006) for you to review and, if you deem appropriate, to discuss with your accountant, tax attorney, or other tax advisor.

I hereby approve the above settlement and disbursements this __11/19/12__.

R. Alexander Murdaugh        Arthur Badger