# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | ) Criminal No. 9:22-CR-00658-RMG |
| vs. | ) |
| Russell Lucius Laffitte, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO SEAL EXHIBIT

The United States, by and through the undersigned Assistant United States Attorney, hereby moves this Court to allow the Government to file separately and under seal Exhibit 3 (Transcript of Richland County Office of Disciplinary Counsel Transcript of Record) to the Government's Response to Defendant's Second Motion to Dismiss Second Superseding Indictment filed in this case. ECF No. 137. The purpose of the Government's request is to comply with the Permissive Disclosure Order pursuant to which the transcript was disclosed.

Based on the foregoing, the Government requests that Exhibit 3 to its Response to Defendant's Second Motion to Dismiss Second Superseding Indictment filed in this matter be filed under seal.

**[SIGNATURE FOLLOWING]**

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*/s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton (12161)
Emily Evans Limehouse
Winston D. Holliday
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.   (803) 929-3000
Fax   (803) 929-3135
Email: Kathleen.Stoughton@USDOJ.GOV

November 2, 2022