IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Criminal No.: 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | **ORDER** |

    Defendant has given notice he seeks to utilize certain audio tapes of executive session meetings of the PSB board of directors with counsel of November 3, 2021; December 16, 2021; January 4, 2022; and January 7, 2022 in the trial of the case. PSB has asserted attorney-client privilege over the tapes and asserts that they include matters extraneous to this case. Defendant is directed to identify with specificity by midnight on November 4, 2022 any portion of the tapes he proposes to use at trial and to explain the relevancy of that portion of the tape to the issues in the pending criminal trial. To the extent Defendant has not already done so, he is further directed to provide the Court any transcripts that have been prepared of the audio tapes. **AND IT IS SO ORDERED**.

                                                  s/ Richard M. Gergel
                                                  Richard M. Gergel
                                                  United States District Judge

November 4, 2022
Charleston, South Carolina