IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | Criminal No.: 9:22-cr-00658-RMG |
| v. | ) | |
| | ) | **ORDER** |
| Russell Lucius Laffitte, | ) | |

To ensure that the trial and related proceedings in this matter are conducted in an orderly manner conducive to a fair adjudication, it is **ORDERED** that:

1. Trial of this matter will be held in Courtroom 6 of the Charleston Federal Courthouse located at 85 Broad Street, Charleston, South Carolina, with individual juror voir dire to commence on November 8, 2022 at 9:00 A.M. During trial, there will generally be a short mid-morning break, a one-hour lunch break, and a short mid-afternoon break. This schedule is subject to change as conditions warrant, and scheduling updates will be posted on the Court's website.

2. The courthouse will open at 8:30 A.M. daily. In order to enter the courthouse, all individuals must present valid government-issued photo identification, such as a driver's license or passport.

3. The Court requires the use of a mask by any person seeking entry to, or occupying public space in the courthouse. The mask must completely conceal the wearer's nose and mouth at all times. Individuals observing court proceedings will be required to wear masks in the trial courtroom and Media Room.

4. Members of the media must present media identification or press badge in order to bring electronic equipment into the courthouse to gain admission to the Media Room, or to conduct interviews in a court-approved interview area outside the courthouse.

5. No cameras or video or audio recording devices of any kind, including cell phones or multi-media enabled smart phones, cameras, laptop computers, tablets, video cameras, or any devices with similar functionality are permitted in the courthouse at any time except as provided in this Order, or in the Court's Standing Order regarding the use of electronic devices in courtroom facilities.[1] Members of the media may bring such electronics into the courthouse, but members of the media may only use such devices in the Media Room in accordance with this Order. Members of the media may not bring such devices into the trial courtroom and may not use such devices outside of the Media Room.

6. No person shall take any photograph, make any recording, or make any broadcast by any means, at any time within the Charleston Federal Courthouse or J. Waites Waring Judicial Center.

7. Courtroom 6, the trial courtroom, will open at 8:30 A.M. daily. There will be seats available for the general public in Courtroom 6 on a first-come, first-serve basis. No food or beverage is permitted in the courtroom, except that counsel, jurors, court staff, and witnesses on the witness stand may have water.

8. Overflow seating will be available for the media in the Jury Assembly Room ("Media Room"). A live audio and video feed from the trial will be provided while court is in session. A court-controlled closed-circuit video camera will be fixed on the witnesses,

---

[1] The Court's Standing Order on the use of electronic devices in the courtroom generally may be found at:
Court_Policy_Regarding_Electronic_Devices_In_Courthouses.pdf (uscourts.gov)

counsel, and the Court, and will not focus on the jury. In the event all seating in the trial courtroom is full, overflow seating for the public will be available in the Media Room. Unless otherwise directed by the Clerk's Office, seating in the Media Room is on a first-come, first-serve basis.

9. A Court Security Officer and/or other Court staff shall be present in the Media Room at all times when the Court is in session to enforce decorum and ensure compliance with this Court's orders.

10. No food or beverage, except water for on-duty court staff, is permitted in the Media Room.

11. Members of the media may bring electronic devices into the Media Room and use such devices in the Media Room, to write and transmit written content and to make phone calls. However, no member of the media shall take any photograph, make any recording, or make any broadcast by any means, at any time in the Media Room or anywhere else within the Charleston Federal Courthouse or J. Waites Waring Judicial Center. Any violation of this prohibition may result in the banning of all laptops or recording devices or the closing of the Media Room for the duration of the trial. The Court may enter contempt sanctions against any violator and, if attending in the capacity of an employee or agent, against the employer or principal.

12. The Court will not provide internet access in the Media Room. However, members of the media may bring their own internet access devices, such as Wi-Fi cards and hotspot devices.

13. Unless otherwise ordered, the Media Room will open at 8:30 a.m. each day and close at 6:00 P.M. each day.

14. The names of jurors or prospective jurors shall not be revealed to the public or media in any fashion or form during the course of these proceedings. Any public references to the jurors or perspective jurors, including references in the courtroom, shall be by juror number only.

15. The Court will not permit any depictions or identification or individual jurors or prospective jurors at any time during the course of the proceedings in any manner including, but no limited to, photographs, videos, or identifying artistic renderings by sketch artists or any other individuals.

16. Any attempt to contact jurors or prospective jurors or any attempt to interact with jurors or prospective jurors in any way is strictly prohibited during the jury selection process and trial of this matter. Conversations, interviews, written communications, and any other communication or attempted communication with prospective jurors or selected jurors, including alternates, before they have been discharged by the Court are strictly prohibited.

17. When the jury has been discharged after its final verdict, any juror may consent to be interviewed by the media or other persons. Jurors are not obligated to discuss this case with anyone at the trial's conclusion, and once a juror indicates his or her desire not to discuss the trial, there should be no further attempts to contact that juror.

18. To assist with overall security and general public access to the courthouse, the Court has designated the Federal Courthouse Garden on Meeting Street for media use throughout the trial. This is the only area where press conferences, interviews, still pictures, and film coverage can be activated and conducted on courthouse grounds. Beginning on November 8, 2022, and during trial in this matter, the Federal Courthouse Garden will open when the courthouse opens and will be closed at 7:00 P.M. Court security will lock all gates to the

Federal Courthouse Garden promptly at 7:00 P.M. Therefore, all persons must exit and all equipment must be removed from the Federal Courthouse Garden prior to 7:00 P.M. Any violation of this rule by any person may result in exclusion from the Federal Courthouse Garden, revocation of media coverage privileges, or other sanctions as deemed appropriate by the Court.

19. For safety reasons, no individual may block and no activity may take place at any point of ingress or egress to the courthouse itself.

20. As needed, updates to the media and public will be made on the District website. Any media inquiries should be directed to media@scd.uscourts.gov.

21. The United States Marshal, his Deputies, and Court Security Officers shall be responsible for maintaining order and decorum in the courthouse. All orders given by the Marshal, his Deputies, and Court Security Officers shall be deemed orders of this Court and must be complied with promptly. Failure by any person to do so may subject such person to sanctions by the Court, including, but not limited to, exclusion from the trial courtroom or the courthouse.

22. This Order may be modified or amended at any time by the Court without notice.

23. Any violation of any portion of this Order by any person may result in exclusion from the trial courtroom or the courthouse, revocation of media coverage privileges, or other sanctions as deemed appropriate by the Court.

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

November 5, 2022
Charleston, South Carolina