IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**Defendant's Motion in Limine to Exclude
Non-Expert Testimony on Probate Law**

Defendant Russell Lucius Laffitte, by and through his undersigned counsel, moves to preclude the Government's witnesses from offering any testimony in the form of an opinion or legal conclusion about South Carolina probate law. The Government has not disclosed any witness as an expert in the field, so such testimony could only be provided by the Government at trial through a lay witness. Testimony from such lay witnesses about a complex area of law in which they have not been qualified would be improper—it would only be proper for an expert witness. *See* Fed. R. Evid. 701(c) (limiting non-expert testimony to opinions "not based on scientific, technical, or other specialized knowledge within the scope of Rule 702"); *United States v. Farrell*, 921 F.3d 116, 143 (4th Cir. 2019) ("Although we have recognized that the line between lay opinion testimony under Rule 701 and expert testimony under Rule 702 is a fine one, the guiding principle in distinguishing lay from expert opinion is that lay testimony must be based on personal knowledge." (quotation omitted)).

The Government's witnesses have no firsthand experience in the South Carolina probate court sufficient to support any testimony about probate law or practice. Therefore, if Government intends to solicit testimony concerning the reasonableness of personal representative ("PR") or

1

conservator fees, the duties of a PR or conservative, or any other opinion on probate law, they should be prohibited from doing so.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By: */s/ E. Bart Daniel*
                    E. Bart Daniel, Federal Bar No. 403
                    E-Mail: bart.daniel@nelsonmullins.com
                    Matt Austin, Federal Bar No. 11435
                    E-Mail: matt.austin@nelsonmullins.com
                    151 Meeting Street / Sixth Floor
                    Post Office Box 1806 (29402-1806)
                    Charleston, SC  29401-2239
                    (843) 853-5200

                    Christian J. Myers, Federal Bar No. 13096
                    E-mail:  josh.myers@nelsonmullins.com
                    Phone: (202) 689-2800
                    101 Constitution Avenue NW, Suite 9000
                    Washington, DC 20001

                    ***Attorneys for Russell Lucius Laffitte***

Charleston, South Carolina
November 6, 2022