IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.:   9:22-658 |
| | ) |
| vs. | ) |
| | ) |
| RUSSELL LUCIUS LAFFITTE | ) |

## UNITED STATES MOTION TO SEAL DOCUMENT

NOW COMES the United States of America, by and through its undersigned attorney, and hereby moves this Court to seal a motion pursuant to the Standing Order Regarding Sealing Documents Filed in Criminal Matters, filed October 28, 2014, in 3:14-mc-00333-TLW [ECF#1]. The purpose of the Government's request is to protect the integrity of ongoing proceedings, and Defendant does not object to sealing.  The United States respectfully submits that the privacy interests of the proceedings trump the public's limited interest in access to materials related to this matter.  The United States notes that the Court has the inherent authority to seal these documents. See Baltimore Sun v. Goetz, 886 F. 2d 60 (4th Cir. 1988); and In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(D), 707 F. 3d 283 (4th Cir. 2013).  The United States therefore requests that the Court direct that the forthcoming document be sealed pursuant to the Standing Order until further order of the Court.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*s/ Kathleen Stoughton*
Kathleen Michelle Stoughton (Federal ID #12161)
Emily Evans Limehouse (Federal ID #12300)
Winston D. Holliday, Jr. (Federal ID #7597)
Assistant United States Attorney
151 Meeting Street, Suite 200

Charleston, South Carolina 29402
(843) 266-1663
Kathleen.Stoughton@usdoj.gov

November 13, 2022