Defendant's Motion to Seal

# Exhibit 1

Non-Confidential Descriptive Index
(Local Criminal Rule 49.01(B)(2)(a))

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| United States of America, | Case No. 9:22-cr-00658-RMG |
|---|---|
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

## Non-Confidential Descriptive Index

In accordance with Local Crim. R. 49.01(B)(2)(a) (D.S.C.) and the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-00333-TLW (Oct. 28, 2014), the following non-confidential descriptive index is filed contemporaneously with the Motion to Seal filed by Defendant:

| Exhibit | Document | Description |
|---|---|---|
| A | Defendant's Response to Government's Notice about Extrajudicial Statements | Defendant's response to ECF No. 188 provided to the Court via email. |

**[Signature on following page.]**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
    E. Bart Daniel, Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    Matt Austin, Federal Bar No. 11435
    E-Mail: matt.austin@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    Christian J. Myers, Federal Bar No. 13096
    E-mail:  josh.myers@nelsonmullins.com
    Phone: (202) 689-2800
    101 Constitution Avenue NW, Suite 9000
    Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
November 14, 2022