AO 187 (Rev. 7/87) Exhibit and Witness List

**United States District Court**

-------------------------------------------- DISTRICT OF SOUTH CAROLINA--------------------------------------------

USA V. RUSSELL LUCIUS LAFFITTE                    9:22-cr-00658-RMG-1

| Presiding Judge RICHARD M. GERGEL | | | Govt's Attorneys Emily Limehouse Kathleen Stoughton Winston Holliday | | Defendant's Attorneys Bart Daniel Matt Alston Josh Myers | |
|---|---|---|---|---|---|---|
| Trial Dates: 11/8/22-11/10/22; 11/14/22-11/16/22, 11/18/22; 11/21/22, 11/22/22 | | | Court Reporter Karen Andersen | | Courtroom Deputy Crystal Perry | |

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| * | | | | 11/8/22 | X | Parties agree to admitting exhibits without objection. *Government's Exhibit List Attached for Descriptions and Sub-Exhibits not listed here. 1-7, 7a-g, 10, 10a-n, 11, 11a-c, 12, 12a-d, 13, 14, 14a, 15, 15a-c, 16-19, 19a-d, 20-36, 36a, 37-44, 48, 50-74, 74a, 75,75a, 75b, 76-87, 87a-c, 88-95, 95a, 96-154, 160-172, 176-190, 190a, 191,192, 194-198, 211-222 |
| | | * | | " | " | Parties agree to admitting exhibits without objection. *Defendant's Exhibit List Attached for Descriptions and Sub-exhibits not listed here. 1-4, 6-14, 17, 17a-e,18-38, 41, 41a-e, 42-45, 48, 50, 53-55, 57, 59, 64, 65, 67-75, 77 |
| | 1 | | | 11/8/22 | | Norris Laffitte, Bank Board Member |
| 200 | | | | " | X | Sworn Statement by Russell Laffitte |
| | 1 Cont. | | | 11/9/22 | | Norris Laffitte testimony continues |
| | 2 | | | " | | Jeanne Seckinger, CFO of Peters Murdaugh Parker Eltzroth and Detrick PA |
| 45 | | | | " | X | Nov. 1, 2011 Email RLL to AM re: Charge Off 0 United and RedBeard |
| 46 | | | | " | " | Nov. 14, 2011 Email re: Meeting to Discuss Berk Props |
| 47 | | | | " | " | Dec. 12, 2011 Email re: Payment of Redbeard and 0 United |
| 49 | | | | " | " | Dec. 27, 2011 Email re: Payment of 0 United and Redbeard |
| | | 66 | | " | " | Summary of Badger Check |
| | 3 | | | 11/9/22& 11/10/22 | | Jan Malinowski |
| 8a | | | | 11/10/22 | X | Red Beard Promissory Note |
| 8b | | | | " | " | Red Beard Collateral Statement |
| 8c | | | | " | " | Red Beard Collateral |
| 8d | | | | " | " | Red Beard Request for Verification of Stock Signed by RLL |
| 9a | | | | " | " | 0 United Promissory Note |
| 9b | | | | " | " | 0 United Collateral Statement |
| 9c | | | | " | " | 0 United Collateral |
| 9d | | | | " | " | 0 United RLL Signature |
| 9e | | | | " | " | 0 United Green Swamp Certificate |

AO 187 (Rev. 7/87) Exhibit and Witness List

USA V. RUSSELL LUCIUS LAFFITTE                    9:22-cr-00658-RMG-1

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
|  |  | 39d |  | 11/10/22 | X | Palmetto State Bank Executive Committee Minutes for 10-12-21 |
|  |  | 40e |  | " | " | Palmetto State Bank Minutes of Director's Meeting for 10-19-21 |
|  |  | 60 |  | " | " | Transcript of PSB 11-3-21 Board Meeting |
|  |  | 80 |  | " | " | PSB Other loan findings summary, Exam Start Date 10-24-2016, Asset as of Date 09-30-2016, Date generated 11-9-2016 as to Richard A. Murdaugh |
| 223 |  |  |  | " | " | PBS Board Meeting Minutes for 11-3-2021- (Parties stipulate to using GX223 instead of DX60) |
|  | 4 |  |  | " |  | Ronnie Crosby, Attorney at Peters Murdaugh Parker Eltzroth and Detrick PA |
|  | 5 |  |  | 11/14/22 |  | Alania Plyler |
|  | 6 |  |  | " |  | Hannah Plyler |
|  | 7 |  |  | " |  | Cyndra Swinson- FBI Forensic Accountant |
|  | 8 |  |  | " |  | H. Spann Lafitte, Jr.- Bank Board Member |
|  | 9 |  |  | " |  | Dr. Henry Lucius Laffitte, Jr., Bank Board Member |
|  |  | 82 |  | " | X | Case information from State Court's website of Hakeem Pinckney 2010CP2500193 |
|  | 10 |  |  | " |  | Becky Laffitte, Bank Board Member as of 7-20-2021 |
|  | 11 |  |  | 11/15/22 |  | Timothy Rich, FDIC examiner, Expert in Safe and Sound Banking Practices |
|  | 12 |  |  | " |  | Mark Altman, PSB's Vice President of Data Processing |
|  | 13 |  |  | " |  | Natarsha Thomas |
|  | 14 |  |  | " |  | Brian Womble-FBI Special Agent |
|  | 15 |  |  | " |  | Arthur Badger, Jr. |
|  |  |  | 1 | 11/16/22 |  | John Peters, III, PSB's compliance officer |
|  |  |  | 2 | " |  | Chastity Malphrus- PSB former Loan Assistant, Mortgage Loan Officer |
|  |  |  | 3 | " |  | Charles A. Laffitte, III |
|  |  | 79 |  | " | X | 10/31/22 Email Chain including Residential Appraisal Request form dated 4-22-20 |
|  |  |  | 4 | " |  | John Marvin Murdaugh |
|  |  |  | 5 | " |  | Charles A. Laffitte, Jr., Former PSB CEO |
|  |  | 76 |  | " | X | PSB Minutes 9-21-21 at 3:30 PM |
|  |  | 85 |  | " | " | Attachment to 9-21-21 Bank minutes- Redacted to only show Murdaugh's loan |
|  |  |  | 6 | " |  | Gray Laffitte Henderson, PSB Mortgage Loan Officer |
|  |  |  | 7 | 11/18/22 |  | Nancy Drawdy- PSB Supervisor in Loan Dept |
|  |  |  | 8 | " |  | Tiffany Provence- Expert in Probate Law |
|  |  |  | 9 | " |  | Russell Lucius Laffitte |
|  |  | 83 |  | " | X | Two checks dated in November 2021 to PSB from R. Laffitte |
|  |  | 89 |  | " | " | Audio Excerpt of PSB 11-3-21 Board Meeting |
|  |  |  | 9 Cont. | 11/21/22 |  | Russell Lucius Laffitte- Continued |
| 201 |  |  |  | " | X | September 6, 2022 Bond Hearing Transcript |
| 199 |  |  |  | " | " | RLL Deposition Transcript |

AO 187 (Rev. 7/87) Exhibit and Witness List

USA V. RUSSELL LUCIUS LAFFITTE                    9:22-cr-00658-RMG-1

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 202 | | | | 11/21/22 | X | C.E. Smith Lawyer Loan 6993366 (95426) |
| 203 | | | | " | " | C.E. Smith Lawyer Loan 6994446 (95452) |
| 204 | | | | " | " | C.E. Smith Lawyer Loan 6994477 (95475) |
| 205 | | | | " | " | C.E. Smith Lawyer Loan 6994502 (95499) |
| 206 | | | | " | " | C.E. Smith Lawyer Loan 6994698 (95522) |
| 207 | | | | " | " | C.E. Smith Lawyer Loan 6994892 (95545) |
| 208 | | | | " | " | C.E. Smith Lawyer Loan 6995255 (95592) |
| 209 | | | | " | " | C.E. Smith Lawyer Loan 6995595 (95615) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |