UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

V.

RUSSELL LUCIUS LAFFITTE

**EXHIBIT AND WITNESS LIST**

Case Number: 9:22 – CR-00658

| PRESIDING JUDGE  The Honorable Richard M. Gergel | PLAINTIFF'S ATTORNEYS  Emily Limehouse, AUSA  Winston Holliday, AUSA  Katie Stoughton, AUSA | DEFENDANT'S ATTORNEY  Bart Daniel, Esq.  Matt Austin, Esq. |
|---|---|---|
| TRIAL DATE (S)  November 8-22, 2022 | COURT REPORTER  Karen Andersen | COURTROOM DEPUTY  Crystal Perry |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Norris Laffitte |
| | | | | | **Jeanne Seckinger** |
| | | | | | **Jan Malinowski** |
| | | | | | **Ronnie Crosby** |
| | | | | | **Alania Plyler** |
| | | | | | **Hannah Plyler** |
| | | | | | **Cyndra Swinson** |
| | | | | | **Spann Laffitte** |
| | | | | | **Lucius Laffitte** |
| | | | | | **Becky Laffitte** |
| | | | | | **Timothy Rich – FDIC Expert** |
| | | | | | **Mark Altman** |
| | | | | | **Natasha Thomas** |
| | | | | | **Brian Womble** |
| | | | | | **Arthur Badger** |
| 1 | | | | | July 20, 2021 Board Meeting Minutes (101424) |
| 2 | | | | | August 9, 2021 Email from N Laffitte to Exec Comm & Board (98947) |
| 3 | | | | | Original Report to Board re AM Financial Exposure (98961) |
| 4 | | | | | August 12, 2021 Executive Committee Minutes (101443) |
| 5 | | | | | Updated Report to Board re AM Financial Exposure (98962) |
| 6 | | | | | August 17, 2021 Board Meeting Minutes (101427) |
| 7 | | | | | August 18 to Sept. 3 Email Chain (165928) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7a | | | | | | August 18 Email from RLL to Board re charged off loans (165931) |
| 7b | | | | | | August 26 N. Laffitte Response to RLL re AM financials (165931) |
| 7c | | | | | | RL response to N. Laffitte re: AM financials (165931) |
| 7d | | | | | | Sept. 2 Email re: Collateral for $750,000 Loan (165930) |
| 7e | | | | | | Sept. 2 Response re: Collateral for $750,000 Loan (165929) |
| 7f | | | | | | L. Malinowski Email re: Collateral for $750,000 Loan (165929) |
| 7g | | | | | | RLL Response to L. Malinowski re: Collateral (165928) |
| 8a | | | | | | Red Beard Promissory Note (6933) |
| 8b | | | | | | Red Beard Collateral Statement (7045) |
| 8c | | | | | | Red Beard Collateral (7045) |
| 8d | | | | | | Red Beard Request for Verification of Stock Signed by RLL (7149) |
| 9a | | | | | | 0 United Promissory Note (5643) |
| 9b | | | | | | 0 United Collateral Statement (5645) |
| 9c | | | | | | 0 United Collateral (5645) |
| 9d | | | | | | 0 United RLL Signature (5793) |
| 9e | | | | | | 0 United Green Swamp Certificate (5795) |
| 10 | | | | | | $750,000 Beach House Loan Documents (11943) |
| 10a | | | | | | Beach House Loan Promissory Note (11945) |
| 10b | | | | | | Beach House Loan Business Purpose Statement (11953) |
| 10c | | | | | | Beach House Loan Collateral Description (11959) |
| 10d | | | | | | Beach House Loan Collateral Inquiry (11955) |
| 10e | | | | | | Beach House Loan $400,000 General Ledger Debit (11989) |
| 10f | | | | | | Beach House Loan Disbursement Authorization (11985) |
| 10g | | | | | | Beach House Loan Wiring Instructions (11991) |
| 10h | | | | | | Beach House Loan Sticky Note and Loan Proceeds (11993) |
| 10i | | | | | | Beach House Loan Domestic Wire Request (11995) |
| 10j | | | | | | Beach House Loan Summary and Approval (12003) |
| 10k | | | | | | Beach House Loan Summary and Approval (2) (12005 – top page) |
| 10l | | | | | | Beach House Loan Approval Times (12011- mid page) |
| 10m | | | | | | Beach House Loan Risk Grade Analysis (12013) |
| 10n | | | | | | Beach House Loan Exception Sheet (12043) |
| 11 | | | | | | Sept. 6 Email Chain from RLL re: AM Resignation (166051) |
| 11a | | | | | | Sept. 6 RLL Notification to Board re: AM Resignation (166053) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b | | | | | | Sept. 6 N. Laffitte Response (166051) |
| 11c | | | | | | Sept. 6 Gibson Response (166051) |
| 12 | | | | | | Oct. 29 Email Chain re: $680,000 Payment (98927) |
| 12a | | | | | | Oct. 29 RLL to Board re: $680,000 Payment (98930) |
| 12b | | | | | | Oct. 29 L. Malinowski Response (98930) |
| 12c | | | | | | Oct. 29. RLL Response to L. Malinowski (98929) |
| 12d | | | | | | Oct. 29 N. Laffitte Response to RLL (98929) |
| 13 | | | | | | Oct. 29 RLL Response to N. Laffitte (161761) |
| 14 | | | | | | $680,000 Check (126013) |
| 14a | | | | | | $680,000 Check with JS Notes (152838) |
| 15 | | | | | | Dec. 1 Email Chain re: Pinckney/Thomas (165888) |
| 15a | | | | | | Dec. 1 Email from RLL to Board re: Pinckney/Thomas (165889) |
| 15b | | | | | | Dec. 1 N. Laffitte Response re: Pinckney/Thomas (165889) |
| 15c | | | | | | Dec. 1 RLL Response to N Laffitte re Pinckney/Thomas (165888) |
| 16 | | | | | | Pinckney/Thomas Checks (74373) |
| 17 | | | | | | PMPED Colored Checks (152801) |
| 18 | | | | | | Alania Plyler Disbursement Sheet (125330) |
| 19 | | | | | | Hannah Plyler Disbursement Sheet (125355) |
| 19a | | | | | | Angela Plyler Estate Disbursement Sheet (125334) |
| 19b | | | | | | Angela Plyler Probate Disbursement Sheet (125323) |
| 19c | | | | | | Angela Plyler Disbursement Sheet (Ford) |
| 19d | | | | | | Justin Plyler Estate Disbursement Sheet |
| 20 | | | | | | Natasha Thomas Disbursement Sheet (74627) |
| 21 | | | | | | Natasha Thomas Disbursement Sheet 2 (74589) |
| 22 | | | | | | Hakeem Pinckney Disbursement Sheet (74783) |
| 23 | | | | | | Arthur Badger Disbursement Sheet (74428) |
| 24 | | | | | | Estate of Donna Badger Disbursement Sheet (74806) |
| 25 | | | | | | Estate of Donna Badger Disbursement Sheet (2) (74804) |
| 26 | | | | | | Sept. 17, 2012 Email re: RLL as PR of Badger (152846) |
| 27 | | | | | | Nov. 19 Email re: AM Meeting at PSB (152847) |
| 28 | | | | | | Badger Settlement Check Signed by RLL (74802) |
| 29 | | | | | | Badger Checks (126015) |
| 30 | | | | | | Badger Checks Summary |

| # | | | | | | Description |
|---|---|---|---|---|---|---|
| 31 | | | | | | $709,586.45 Check Marked Lost Form (152852) |
| 32 | | | | | | Natasha Thomas $325,000 Check (74521) |
| 33 | | | | | | Natasha Thomas $25,245.08 Check (74522) |
| 33a | | | | | | Email regarding $25,245.08 Check |
| 34 | | | | | | Hakeem Pinckney $309,581.46 Check (74374) |
| 35 | | | | | | Pinckney/Thomas Checks Negotiated (74375) |
| 36 | | | | | | Pinckney/Thomas Checks Summary Chart |
| 36a | | | | | | Thomas $25,245.08 Check Summary Chart |
| 37 | | | | | | February 6, 2013 Email from AM to RLL re: Badger Check (128484) |
| 38 | | | | | | February 6, 2013 Email from RLL to AM re: Badger Check (128824) |
| 39 | | | | | | February 6, 2013 Email with RLL Notes (126195) |
| 40 | | | | | | September 9, 2011 Email from AM to RL re call and Meeting (128496) |
| 41 | | | | | | September 12, 2011 Email from AM to RLL re: Meeting (128497) |
| 42 | | | | | | September 12, 2011 Email from AM to RLL re $100k Loan (128498) |
| 43 | | | | | | September 14, 2011 Email Chain re: Meeting for Loan (128502) |
| 44 | | | | | | October 25, 2011 Email Chain re: Transfer to MM for Shopping (128510) |
| 45 | | | | | | Nov. 1, 2011 Email RLL to AM re: Charge Off 0 United and RedBeard (128512) |
| 46 | | | | | | Nov. 14, 2011 Email re: Meeting to Discuss Berk Props (128514) |
| 47 | | | | | | Dec. 12, 2011 Email re: Payment of Redbeard and 0 United (128516) |
| 48 | | | | | | Dec. 20, 2011 Email re: Call Me (Pinckney/Thomas) (128517) |
| 49 | | | | | | Dec. 27, 2011 Email re: Payment of 0 United and Redbeard (128518) |
| 49a | | | | | | Dec. 30, 2011 Email re: Meeting at Bank (128520) |
| 50 | | | | | | Oct. 22, 2015 Email from AM to RLL re: HP Loan Repayment (161915) |
| 51 | | | | | | Oct. 28, 2013 Email AM to RLL re: Southern Crane Wire Transfer (128490) |
| 52 | | | | | | Oct. 28, 2013 Email AM to RLL re: Southern Crane Wire Attachment (128491) |
| 53 | | | | | | March 26, 2014 Email from RLL to AM re: Overdraft (128577) |
| 54 | | | | | | March 27, 2014 Email from RLL to AM re: Give Me a Call (128578) |
| 55 | | | | | | March 27, 2014 Email from AM to RLL re: HP Turning 18 (161917) |
| 56 | | | | | | March 28, 2014 Email from RLL to AM re: Overdraft (128579) |
| 57 | | | | | | Feb. 23, 2015 Email re: HP Loan Repayment and LOC (161922) |
| 58 | | | | | | March 30, 2015 Email from AM to RLL re: Increase LOC (161924) |
| 59 | | | | | | July 24, 2015 Email re: Transfer from LOC to Cover Overdraft (128569) |
| 60 | | | | | | Feb. 27, 2016 Email re: Transfer from LOC to Cover Overdraft (128565) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | | | | | | March 30, 2020 Email re: Loan 74 Days Past Due (161919) |
| 62 | | | | | | Feb. 19, 2021 Email from RLL to AM re: Debit Account (161921) |
| 63 | | | | | | Lending Limits (99023) |
| 64 | | | | | | Aug. 2006 to June 2021 PSB Bylaws (162492) |
| 65 | | | | | | June 2021 Amended PSB Bylaws (162512) |
| 66 | | | | | | PSB Conflicts of Interest Policy (162573) |
| 67 | | | | | | FDIC Certificate (188481) |
| 70 | | | | | | July 13, 2021 Executive Committee Meeting Minutes (101441) |
| 71 | | | | | | April 15, 2009 Email Introducing Provence to RLL |
| 72 | | | | | | August 12, 2021 Executive Committee Notes re: AM Loans (99026) |
| 73 | | | | | | DDA Non-Posted Transaction Reports (166080) |
| 74 | | | | | | October 28, 2021 Email from RLL to Executive Committee (116729) |
| 74a | | | | | | October 28 2021 Response from JM (116729) |
| 75 | | | | | | October 28, 2021 Email Exchange with S. Swain (99695) |
| 75a | | | | | | October 28, 2021 S. Swain Response (99695) |
| 75b | | | | | | October 28, 2021 RLL Response to S. Swain (99695) |
| 76 | | | | | | October 28, 2021 $680,000 Transaction Details (163857) |
| 77 | | | | | | October 28, 2021 $680,000 Transaction Details (163858) |
| 78 | | | | | | October 29, 2021 $680,000 Transaction Details (163859) |
| 79 | | | | | | November 4, 2021 $680,000 Transaction Details (163860) |
| 80 | | | | | | November 2, 2021 Email Chain with RLL and T. Walker |
| 81 | | | | | | July 16, 2021 Email from RLL re: Title Work (165952) |
| 82 | | | | | | $400,000 Check Issued to AM (163856) |
| 83 | | | | | | Aug. 9, 2021 RLL Inquiry re $400,000 (98949) |
| 84 | | | | | | Compliance One Loan Sequencing Document (98951) |
| 85 | | | | | | AM Check for Lyttleton Deposited Feb. 4, 2013 (165874) |
| 86 | | | | | | Lyttleton Check Complete Transaction (165875) |
| 87 | | | | | | $500,000 LOC Docs – Loan 6986998 (128003) |
| 87a | | | | | | $500,000 LOC Promissory Note (128004) |
| 87b | | | | | | $500,000 LOC Business Purpose Statement (128010) |
| 87c | | | | | | $500,000 LOC Loan Review Sheet (128162) |
| 88 | | | | | | $500,000 LOC Advances (159247) |
| 89 | | | | | | $85,000 and $6,500 Advances Record (159248) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 | | | | | | $90,000 and $8,500 Advances Record (159249) |
| 91 | | | | | | $17,477.98 Advance Record (159251) |
| 92 | | | | | | $7,734.50 Advance Record (159246) |
| 93 | | | | | | $284,787.52 Advance Record (159250) |
| 94 | | | | | | $284,787.52 Cashier's Check to South State (159242) |
| 95 | | | | | | $284,787.52 Check (159241) |
| 95a | | | | | | $284,787.52 Cashier's Check to South State Endorsed RLL (159243) |
| 96 | | | | | | $284,787.52 March 23, 2015 Deposit (159244) |
| 97 | | | | | | DVD - $1,000,000 LOC – Loan 6987336 (10099) |
| 97a | | | | | | $1M LOC Documents |
| 98 | | | | | | $1,000,000 LOC – Loan 6987336 Advance Record (159057) |
| 99 | | | | | | Loan 6987336 – March 14, 2018 $40,000 Advance to AM (159050) |
| 100 | | | | | | Loan 6987336 – April 24, 2018 $20,000 Advance to AM (159051) |
| 101 | | | | | | Loan 6987336 – May 2, 2018 $3,500 Advance to MM (159053) |
| 102 | | | | | | Loan 6987336 – May 29, 2018 $25,000 Advance to AM (159054) |
| 103 | | | | | | DVD - Hannah Plyler Probate File |
| 104 | | | | | | July 21, 2008 Email Re: Plyler Allowance Approval (164273) |
| 105 | | | | | | Hannah Plyler File Closing Checklist (164270) |
| 106 | | | | | | Alaina Plyler File Closing Checklist (164276) |
| 107 | | | | | | Malik Williams Disbursement Sheet (87035) |
| 108 | | | | | | Malik Williams Probate File (86991) |
| 109 | | | | | | Hakeem Pinckney Probate File (86924) |
| 110 | | | | | | Natasha Thomas Probate File (86966) |
| 111 | | | | | | October 11, 2011 Email from AM to RLL re: Pinckney (161911) |
| 112 | | | | | | Badger Approval of Settlement Records (74792) |
| 113 | | | | | | Jan. 12, 2011 Bank transfer for Disney (88479) |
| 114 | | | | | | Add Verizon Line (88500) |
| 115 | | | | | | Nov. 30, 2011 Promissory Note (88527) |
| 116 | | | | | | March 11, 2011 Order Allowing Purchases (88548) |
| 117 | | | | | | 2011 Bank Statement (88549) |
| 118 | | | | | | Sept. 11, 2012 Loan # 091112 Balance (88615) |
| 119 | | | | | | Nov. 20, 2012 Arthur Badger PR Fee Check (88631) |
| 119a | | | | | | Nov. 21, 2012 Badger Fee Payment to HP (126211) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | | | | | | 2012 Bank Statement (88634) |
| 121 | | | | | | 2012 Russell Laffitte Checks (88644) |
| 122 | | | | | | 2012 Russell Laffitte Checks to AM (88646) |
| 123 | | | | | | April 20, 2009 Order Allowing Purchases (88708) |
| 124 | | | | | | 2007-2010 H. Plyler Bank Statement (88711) |
| 125 | | | | | | 2009-2010 Bank Statement (88735) |
| 126 | | | | | | H. Plyler 2014-2015 Accounting Summary (88776) |
| 127 | | | | | | April 20, 2015 Order Allowing Conservator Payment (88778) |
| 128 | | | | | | March 23, 2015 Order Allowing Conservator Payment (88784) |
| 129 | | | | | | 2011 H. Plyler Accounting Summary (88785) |
| 130 | | | | | | 2012-2014 Alex Loans (88804) |
| 131 | | | | | | 2011-2015 Russell Loans (88806) |
| 132 | | | | | | 2014-2015 Bank Statement (88867) |
| 133 | | | | | | May 18, 2010 Order Allowing Purchases (88925) |
| 134 | | | | | | 2009 H. Plyler Accounting Summary (88927) |
| 135 | | | | | | 2007-2010 H. Plyler Bank Statement (88931) |
| 136 | | | | | | Nov. 16, 2006 Rickie L Plyler Renunciation of Right as PR (89047) |
| 137 | | | | | | Nov. 16, 2006 RL Petition for Appointment of Conservator (89048) |
| 138 | | | | | | March 30, 2007 Russell Laffitte Fiduciary Letters (89051) |
| 139 | | | | | | Dec. 13, 2007 PR Probate Accounting Submission (89065) |
| 140 | | | | | | May 7, 2008 Petition for Expenditures (89073) |
| 141 | | | | | | July 5, 2011 Order Allowing Conservator Payment (89090) |
| 142 | | | | | | March 23, 2015 Order Allowing Conservator Payment (89095) |
| 143 | | | | | | April 20, 2015 Receipt $251,956.26 (89101) |
| 144 | | | | | | Dec 22, 2008 Petition for Expenditure re HP Mini Netbook PC (89104) |
| 145 | | | | | | Staples Ad for HP Mini Netbook PC (89105) |
| 146 | | | | | | Oct 28, 2008 Petition for Expenditure $300 for Clothes (89108) |
| 147 | | | | | | April 21, 2015 Order of Discharge (89112) |
| 148 | | | | | | Feb 28, 2013 H. Plyler Letter re Vehicle Purchase (89124) |
| 149 | | | | | | Mar 29, 2013 Laffitte Conservator Personal Savings Acct (89136) |
| 150 | | | | | | Feb 21, 2013 Laffitte Conservator Interest Checking Account (89149) |
| 151 | | | | | | 2013 Bank Statement (89173) |
| 152 | | | | | | Feb 26, 2013 Money Market Acct Statement (89176) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 153 | | | | | | Parker Loan to RLL Documents (1) (164511) |
| 154 | | | | | | Parker Loan to RLL Documents (2) (164315) |
| 160 | | | | | | AM PSB 1646 Farm Account Records |
| 161 | | | | | | AM PSB 6092 Account Records |
| 162 | | | | | | AM PSB 6649 Account Records |
| 163 | | | | | | AM & MM PSB Account 5109 |
| 164 | | | | | | Plyler Conservatorship Account 9431 |
| 165 | | | | | | PSB Conservatorship Account 9509 |
| 166 | | | | | | RLL South State Bank Account Records 1499 |
| 167 | | | | | | RLL Loans Worksheet |
| 168 | | | | | | 7.15.11 Loan to RLL (0126280) |
| 169 | | | | | | 9.28.12 Loan to RLL (0126204) |
| 169a | | | | | | Page 9 of 9.28.12 Loan to RLL (126212) |
| 170 | | | | | | 11.16.12 Loan to RLL (0126261) |
| 171 | | | | | | 12.27.13 Loan to RLL (0126772) |
| 172 | | | | | | RLL Summary PPT |
| 176 | | | | | | AM Loans Worksheet |
| 178 | | | | | | 9.11.12 Loan to AM (0126185) |
| 179 | | | | | | 2.12.13 Loan to AM (0126039) |
| 180 | | | | | | 5.28.13 Loan to RLL (0126136) |
| 181 | | | | | | 6.14.13 Loan to RLL (0126143) |
| 182 | | | | | | 7.29.13 Loan to AM (0126153) |
| 183 | | | | | | 9.27.13 Loan to AM (0126196) |
| 184 | | | | | | 10.23.13 Loan to AM (0126218) |
| 185 | | | | | | 11.5.13 Loan to AM (0126228) |
| 186 | | | | | | 12.6.13 Loan to AM (0126266) |
| 187 | | | | | | 3.28.14 Loan to AM (0126058) |
| 188 | | | | | | 5.06.14 Loan to AM (0126099) |
| 189 | | | | | | AM Summary PPT |
| 190 | | | | | | AM Overdraft Status and Transfer Summary Chart PDF |
| 191 | | | | | | PSB General Loan Policy (186815) |
| 192 | | | | | | AM Records Summary – June to Sept. 2021 |
| 194 | | | | | | Badger Consent Order to Substitute PR (154418) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 195 | | | | | | $83,719.73 Settlement Check (74633) |
| 195a | | | | | | $83,719.73 Settlement Check Deposited 12/21/2011 (118576) |
| 196 | | | | | | Natasha Thomas Lawyer Loan (101386) |
| 197 | | | | | | Employee Security Access Requests – RLL (159005) |
| 198 | | | | | | Womble Testimony Summary PPT |
| 200 | | | | | | RLL ODC Transcript (6/22/22 and 6/24/22) |
| 200a | | | | | | RLL ODC Transcript 2 (7/26/22) |
| 200b | | | | | | RLL ODC Transcript (7/26/22 – pages 104-105) |
| 201 | | | | | | Sept. 6, 2022 Bond Hearing Transcript |
| 211 | | | | | | AM Acct. Record Showing C. Laffitte Loan Deposit (186658) |
| 212 | | | | | | Natasha Thomas Release |
| 213 | | | | | | Hakeem Pinckney Release |
| 214 | | | | | | Pinckney/Thomas Conservator Fee Checks |
| 215 | | | | | | PMPED General Ledger N. Thomas |
| 216 | | | | | | PMPED General Ledger H. Pinckney |
| 217 | | | | | | Aug. 9 Director Record – RLL Access AM 6092 |
| 218 | | | | | | Badger Probate Records (154348) |
| 218a | | | | | | RLL Petition for Appointment in Badger (154385) |
| 218b | | | | | | RLL Appointment as PR (154388) |
| 218c | | | | | | Petition to Approve Settlement (154405) |
| 218d | | | | | | Termination of Appointment (154416) |
| 218e | | | | | | AB Resignation of Appointment (154384) |
| 218f | | | | | | Verification of Petition for Approval of Settlement (154395) |
| 219 | | | | | | PMPED General Ledger A. Badger |
| 220 | | | | | | Aug. 9 RLL Access to AM Account |
| 221 | | | | | | Status of AM Loans |
| 222 | | | | | | July 19, 2021 Email from Chris Wilson (152825) |
| 223 | | | | | | Redacted Transcript - PSB November 3 2021 Board Meeting |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |