✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     SOUTH CAROLINA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| RUSSELL LUCIUS LAFFITTE | Case Number: 9:22-cr-00658 |

| PRESIDING JUDGE<br>The Honorable Richard M. Gergel | PLAINTIFF'S ATTORNEY<br>Emily Limehouse, AUSA | DEFENDANT'S ATTORNEY<br>E. Bart Daniel |
|---|---|---|
| TRIAL DATE (S)<br>November 8-18, 2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | x | SC Probate Code 62-5-422 given by Judge Odom to Russell Laffitte |
| | 2 | | | x | 162492- 2006 PSB Bylaws |
| | 3 | | | x | 162512 – 2021 PSB Bylaws |
| | 4 | | | x | 165736 – PSB Handbook |
| | 5 | | | | |
| | 6 | | | x | 16327 – "Alex_Murdaugh_PSB_6092.xlsx" |
| | 7 | | | x | 88207 – "Plyler A. _ Scanned from Hampton County Probate Court (49)" |
| | 8 | | | x | HP Probate & Annual Accountings Files |
| | 8a | | | x | 89046 - HP Probate File |
| | 8b | | | x | 88705 - HP 07-08 Conservator Annual Accounting |
| | 8c | | | x | 88522 - HP 11 Conservator Annual Accounting |
| | 8d | | | x | 88611 - HP 12 Conservator Annual Accounting |
| | 8e | | | x | 89114 - HP 13 Conservator Annual Accounting |
| | 8f | | | x | 88774 - HP 14-15 Conservator Annual Accounting |
| | 9 | | | x | 86966 - NT Probate & Annual Accountings Files |
| | 10 | | | x | 86924 - HPY Probate & Annual Accountings Files |
| | 11 | | | x | MW Probate & Annual Accountings Files |
| | 11a | | | x | 86991 - MW Probate File |
| | 11b | | | x | 87065 - MW 11 Conservator Annual Accouting |
| | 11c | | | x | 87119 - MW 12 Conservator Annual Accouting |
| | 12 | | | x | DB Probate File |
| | 13 | | | x | 162714 - July 10, 2020 email from Gray Henderson - annual review of AM's Hampton Branch Accts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 14 | | | x | Palmetto State Bank Exception Sheet | |
| | 15 | | | | | |
| | 16 | | | | | |
| | 17 | | | x | PSB Third Party Audit Reports | |
| | 17a | | | x | 1 _ PSB_RMG Final_Report_Nov 2011_Redacted | |
| | 17b | | | x | 2 _ PSB_RMG Final_Report_Aug 2015_Redacted | |
| | 17c | | | x | 3 _ PSB_RMG Final_Report_Sept 2016_Redacted | |
| | 17d | | | x | 4 _ PSB_RMG Final_Report_Oct 2017_Redacted | |
| | 17e | | | x | 5 _ PSB_RMG Final_Report_Sept 2018_Redacted | |
| | 17f | | | | | |
| | 18 | | | x | 128343 - Lyttleton Partners Interest Statement | |
| | 19 | | | x | 128357 - Outstanding Loan List email to AM on 2.1.21 | |
| | 20 | | | x | 128359 - 11.7.17 RLL-AM email exchange re moving 15 into each | |
| | 21 | | | x | 128378 - RLL email to AM 2.19.21 re Examiners | |
| | 22 | | | x | 128379 - RLL 9.14.16 email to AM and Mark Ball bugging them about Lyttleton Loan | |
| | 23 | | | x | 128380 - Lyttleton Partners Detail Sheet | |
| | 24 | | | x | 128384 - RLL 12.14.16 email to AM re Payments on Redbeard, ZeroU, and Lyttleon | |
| | 25 | | | x | 128393 - RLL 7.19.16 email re transfer of 15k to DDA | |
| | 26 | | | x | 88631 - PMPED check 43185 fr PSB acct_AM signed 11-20-12 payable PSB_memo A Badger-PR | |
| | 27 | | | x | 89130- List of "Russell Loans" filed in probate court | |
| | 28 | | | x | 89129 – List of "Alex Loans" filed in probate court | |
| | 29 | | | x | 89058 – Deputy Probate Clerk letter to AM | |
| | 30 | | | x | 89112 – Judge Odom Order of Discharge for RLL as HP's conservator in 2015 | |
| | 31 | | | x | 88631 – PMPED Check # 43185 | |
| | 32 | | | x | 88634 - Loans to RLL and AM listed for 2012 in HP 2012 Final Accounting (88611-88651) | |
| | 33 | | | x | 88644 – Copies of checks to AM ($100k), HP ($10,000), and RLL ($50,000) | |
| | 34 | | | x | 88646 – Checks to AM ($50k), AM ($5k), and AM ($8,500) | |

✎AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 35 | | | x | 89123 – RLL Note on 3/28/13 | |
| | 36 | | | x | 89199 - Images of $150k check to AM (check #1048) | |
| | 37 | | | x | 89203 – 5/28/13 check #1050 to "cash" for $10k signed by RLL | |
| | 38 | | | x | 161761 – RLL email on 10/29/22 to Board re $680 – "I was responsible" | |
| | 39 | | | | | |
| | 39a | | | | | |
| | 39b | | | | | |
| | 39c | | | | | |
| | 39d | | | x | 10/12/21 Minutes Executive Meeting | |
| | 39e | | | | | |
| | 39f | | | | | |
| | 40 | | | | | |
| | 40a | | | | | |
| | 40b | | | | | |
| | 40c | | | | | |
| | 40d | | | | | |
| | 40e | | | x | 10/19/21 Minutes PSB Board Meeting Minutes | |
| | 40f | | | | | |
| | 40g | | | | | |
| | 40h | | | | | |
| | 40i | | | | | |
| | 41 | | | x | PSB Lending Limits | |
| | 41a | | | x | 2015 Lending Limits | |
| | 41b | | | x | 2016 Lending Limits | |
| | 41c | | | x | 2018 Lending Limits | |
| | 41d | | | x | 2020 Lending Limits | |
| | 41e | | | x | 2021 Lending Limits | |

Page   3   of   6   Pages

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 42 | | | x | PSB Loan Policy | |
| | 43 | | | x | 165928 – PSB Board Emails 3 Sep 2021 | |
| | 44 | | | x | 166005 – Norris Laffitte / RLL emails re Green Swamp and $750k | |
| | 45 | | | x | 166040 – RLL / Jan M Exec Committee Emails re AM vehicle purchase | |
| | 46 | | | | | |
| | 46a | | | | | |
| | 46b | | | | | |
| | 46c | | | | | |
| | 46d | | | | | |
| | 46e | | | | | |
| | 46f | | | | | |
| | 46g | | | | | |
| | 46h | | | | | |
| | 46i | | | | | |
| | 46j | | | | | |
| | 46k | | | | | |
| | 46l | | | | | |
| | 46m | | | | | |
| | 47 | | | | | |
| | 48 | | | x | 152825 7/19/21 Chris Wilson Email | |
| | 49 | | | | | |
| | 50 | | | x | 95242 - RAM/Parker Loans | |
| | 51 | | | | | |
| | 51a | | | | | |
| | 51b | | | | | |
| | 52 | | | | | |
| | 53 | | | x | RLL Promissory Notes & Pledges of Stock Ownership | |

Page 4 of 6 Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 54 | | | x | RAM Promissory Notes | |
| | 55 | | | x | 128313 - $350k Domestic Wire Request to Chris Wilson | |
| | 56 | | | | | |
| | 57 | | | x | Aerial Map of PSB, PMPED, and Probate Court | |
| | 58 | | | | | |
| | 59 | | | x | 164511 – RLL/Parker Loan Docs | |
| | 60 | | | | Using GX223 Instead of 60-TRIMMED 11/3/21 PSB Board Meeting Recording- Using GX223 | |
| | 60a | | | | | |
| | 60b | | | | | |
| | 60c | | | | | |
| | 61 | | | | | |
| | 62 | | | | | |
| | 62a | | | | | |
| | 63 | | | | | |
| | 64 | | | x | 74431 – RAM repayment to Parker | |
| | 65 | | | x | 159067 – Stop Payment Order | |
| | 66 | | | x | Badger Checks in Processed Order | |
| | 67 | | | x | 5/12/14 Letter re Checks for Arthur Badger, Jr. and Antonio Badger | |
| | 68 | | | x | 128824 - 2/8/13 RAM Email to Jeanne Seckinger re re-cutting checks | |
| | 69 | | | x | 126037 - Check 46498 $101369.49 to BoA | |
| | 70 | | | x | 126038 - Check 46597 $50,684.75 to BoA | |
| | 71 | | | x | 119509 - Certificate of Fairness and Reasonableness | |
| | 72 | | | x | Check Nos. 43736, 43737, 43738 | |
| | 73 | | | x | SC Code 62-3-719 | |
| | 74 | | | x | 119506 - Order | |
| | 75 | | | x | 119513 - Certificate of Appointment | |
| | 76 | | | x | 101433 – 9/21/21 PSB Board Meeting Minutes | |

Page  5  of  6  Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | UNITED STATES OF AMERICA | | VS. | RUSSELL LUCIUS LAFFITTE | CASE NO. 9:22-cr-00658 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 77 | | | x | 128468 - 03.30.15 RAM email to RLL re equipment needed | |
| | 78 | | | | | |
| | 79 | | | x | 3606 Big Bay Dr. Appraisal Documents | |
| | 80 | | | x | RAM Other Loan Findings Summary | |
| | 81 | | | | | |
| | 82 | | | x | H. Pinckney Public Index | |
| | 83 | | | x | RLL Check #6138 - $17,500 to PSB for 1/2 PR Fee in Settlement | |
| | 84 | | | | | |
| | 85 | | | x | Attachment of Loans over $25k attached to 9/21/21 PSB Board Minutes - Redacted | |
| | 86 | | | | | |
| | 87 | | | | | |
| | 88 | | | | | |
| | 89 | | | x | 11/3/21 PSB Board Meeting Recording per GX 223 | |
| | 90 | | | | | |

Page 6 of 6 Pages