UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| vs. | ) Crim. No. 9:22-658-RMG |
| | ) |
| Russell Lucius Laffitte, | ) |
| | ) **VERDICT** |
| Defendant. | ) |
| | ) |

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### COUNT ONE

1. In regard to the charge of Conspiracy to Commit Wire Fraud and Bank Fraud, we find Defendant Russell Lucius Laffitte:

_____ NOT GUILTY             \_\_✓\_\_ GUILTY

*If you found Defendant Russell Lucius Laffitte not guilty of Count One, proceed to Count Two. If you found Defendant Russell Lucius Laffitte guilty of Count One, complete Question 1(A) below:*

1(A). As to Count One, we find the object of the conspiracy was:

\_\_\_\_\_ Wire Fraud        \_\_\_\_\_ Bank Fraud        \_\_✓\_\_ Both Wire and Bank Fraud

*Proceed to Count Two.*

1

## COUNT TWO

2.  In regard to the charge of Bank Fraud, we find Defendant Russell Lucius Laffitte, as a principal, aider and abettor, and/or co-participant in a jointly undertaken criminal activity:

_____ NOT GUILTY              \_\_✓\_\_ GUILTY

*Proceed to Count Three.*

## COUNT THREE

3.  In regard to the charge of Wire Fraud, we find Defendant Russell Lucius Laffitte, as a principal, aider and abettor, and/or co-participant in a jointly undertaken criminal activity:

_____ NOT GUILTY              \_\_✓\_\_ GUILTY

*Proceed to Count Four.*

2

## COUNT FOUR

4.  In regard to the charge of Misapplication of Bank Funds, relating to the distribution of $680,000 in bank funds to the Peters Murdaugh Parker Eltzroth and Detrick, PA Law Firm, we find Defendant Russell Lucius Laffitte, as a principal, aider and abettor, and/or co-participant in a jointly undertaken criminal activity:

_____ NOT GUILTY               \_\_✓\_\_ GUILTY

*Proceed to Count Five.*

## COUNT FIVE

5.  In regard to the charge of Misapplication of Bank Funds, relating to funding a $750,000 bank loan to Alex Murdaugh, we find Defendant Russell Lucius Laffitte, as a principal, aider and abettor, and/or co-participant in a jointly undertaken criminal activity:

_____ NOT GUILTY               \_\_✓\_\_ GUILTY

*Proceed to Count Six.*

3

## COUNT SIX

6.  In regard to the charge of Misapplication of Bank Funds, relating to funding of a $500,000 line of credit to Alex Murdaugh, we find Defendant Russell Lucius Laffitte, as a principal, aider and abettor, and/or co-participant in a jointly undertaken criminal activity:

_____ NOT GUILTY             ✓ GUILTY

*The Foreperson should sign and date the Verdict Form and advise the Court security officer that the Jury has reached a verdict.*



FOREPERSON

November 2̲2̲, 2̲0̲2̲1̲ (2021 struck through, 2022 written below)