IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

**USA**                                                   Criminal No. 9:22-cr-00658-RMG

vs.

**Russel Lucius Laffitte**

### RECEIPT -   EXHIBITS: GOVERNMENTS

I hereby acknowledge receipt of the following exhibits:

[List Attached] **-ECF 207**

November 22, 2022
**28**

_____
Assistant US Attorney

### RECEIPT -   EXHIBITS: DEFENDANT

I hereby acknowledge receipt of the following exhibits:

November 22, 2022
**28**

_____
Defendant's Attorney