UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Ex parte: The Post and Courier, Inc., | ) | Criminal Case No.: 9:22-cr-00658-RMG |
| | ) | |
| Movant, | ) | |
| | ) | |
| In re: United States of America | ) | **NOTICE OF MOTION AND MOTION** |
| | ) | **TO INTERVENE FOR THE LIMITED** |
| v. | ) | **PURPOSE OF OBTAINING ACCESS** |
| | ) | **TO TRIAL EXHIBITS** |
| Russell Lucius Laffitte, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: COUNSEL FOR THE PARTIES ABOVE NAMED

PLEASE TAKE NOTICE that ten (10) days hereafter, or as soon thereafter as counsel may be heard, The Post and Courier, Inc. ("The Post and Courier") will move through the undersigned to intervene in the within-captioned prosecution for the limited purpose of obtaining access to exhibits entered into evidence in the trial of this case.

The Post and Courier is a publisher and believes that access to the exhibits will enhance public understanding of the prosecution, the trial and its outcome as well as the conduct giving rise to the criminal charges.

This motion is supported by a memorandum of points and authorities filed contemporaneously herewith.

It is The Post and Courier's understanding that the prosecuting party, United States of America, does not oppose this motion.

[SIGNATURE PAGE FOLLOWS]

DATED: December 2, 2022

                                            Respectfully submitted,

                                            FENNO LAW FIRM, LLC

                                            By:   s/Edward T. Fenno
                                            Edward T. Fenno (Fed. ID No. 7498)
                                            Benjamin J. Tripp (Fed ID No. 13165)
                                            1459 Stuart Engals Blvd., Suite 202
                                            Mount Pleasant, SC 29464
                                            Ph: (843) 720-3747
                                            Email:   efenno@fennolaw.com
                                                          btripp@fennolaw.com

                                            COUNSEL FOR THE POST AND COURIER, INC.

Mount Pleasant, South Carolina

FL/LI/EVE004-16/1003                - 2 -