IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No. 9:22-cr-00658-RMG<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

E. Bart Daniel, appearing for Defendant, Russell Lucius Laffitte, hereby requests the Court grant him protection from Court appearances from December 26, 2022 through January 4, 2023. The request for the protection is based upon Mr. Daniel traveling for out-of-country vacation plans with his family. Currently, there are no court dates set for this Defendant during the specified dates.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. BART DANIEL*
    E. Bart Daniel, Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    Matt Austin, Federal Bar No. 11435
    E-Mail: matt.austin@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    Christian J. Myers, Federal Bar No. 13096
    E-mail:  josh.myers@nelsonmullins.com
    Phone: (202) 689-2800
    101 Constitution Avenue NW, Suite 9000
    Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina

December 14, 2022