IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RUSSELL LUCIUS LAFFITTE, <br><br> Defendant. | Case No. 9:22-cr-00658-RMG <br><br> **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Matt Austin, appearing for Defendant, Russell Lucius Laffitte, hereby requests the Court grant him protection from Court appearances from December 26, 2022 through January 4, 2023. The request for the protection is based upon Mr. Austin traveling for out-of-country vacation plans with his family. Currently, there are no court dates set for this Defendant during the specified dates.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ MATT AUSTIN*
E. Bart Daniel, Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
Matt Austin, Federal Bar No. 11435
E-Mail: matt.austin@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

Christian J. Myers, Federal Bar No. 13096
E-mail: josh.myers@nelsonmullins.com
Phone: (202) 689-2800
101 Constitution Avenue NW, Suite 9000
Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina

December 14, 2022