IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | DEFENDANT'S MOTION FOR A HEARING |
| Defendant. | |

Defendant Russell Lucius Laffitte, by and through his undersigned counsel, requests that the Court hold a hearing on the jury issues raised in the juror affidavits and his motion for a new trial, (ECF No. 224).

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
  E. Bart Daniel, Federal Bar No. 403
  E-Mail: bart.daniel@nelsonmullins.com
  Matt Austin, Federal Bar No. 11435
  E-Mail: matt.austin@nelsonmullins.com
  151 Meeting Street / Sixth Floor
  Post Office Box 1806 (29402-1806)
  Charleston, SC 29401-2239
  (843) 853-5200

  Christian J. Myers, Federal Bar No. 13096
  E-mail: josh.myers@nelsonmullins.com
  Phone: (202) 689-2800
  101 Constitution Avenue NW, Suite 9000
  Washington, DC 20001

  *Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
December 20, 2022