UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | **MOTION TO EXCEED PAGE LIMITATIONS** |

The United States respectfully requests permission to exceed the 35-page limit on motions and responses. *See* Local Cr. Rule 12.04(B)(1). The Government has prepared a 55-page response to the Defendant's Motion for New Trial and for Judgment of Acquittal filed on December 6, 2022. ECF No. 224. Although the Government has endeavored to stay within the standard page limit, the Defendant's motion raises five substantive issues with numerous sub-issues. The Government has found additional space is needed to adequately respond to the Defendant's arguments. The Government therefore asks that the Court accept the overlength response being filed today. Counsel for the Defendant, Matt Austin, has graciously consented to the Government's request.

    Respectfully submitted,

    ADAIR F. BOROUGHS
    UNITED STATES ATTORNEY

BY: *S/ Kathleen M. Stoughton*
    Kathleen M. Stoughton
    Emily Evans Limehouse
    Winston D. Holliday
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, South Carolina 29401-2238
    (843) 727-4381
    Kathleen.Stoughton@usdoj.gov