IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

**Consent Motion for an Extension of Time for Fed. R. Evid. 606 Brief**

Defendant Russell Lucius Laffitte moves the Court for a one-day extension of time to file his brief in response to the Court's Text Order today. The Government consents to the extension. The grounds for the motion are:

1. On December 20, 2022, Mr. Laffitte filed his motion to seal two affidavits from jurors on his original jury panel (ECF No. 230) along with a motion for a hearing (ECF No. 231).

2. This morning, the Court ordered Mr. Laffitte to file a brief addressing an evidentiary issue related to the two affidavits within five days. Because the original five-day deadline would fall on Monday, December 26, 2022, the deadline moves to that Tuesday under Rule 45(a)(1)(C) and (a)(6). The new deadline with the extension would run through Wednesday, December 28, 2022.

3. The additional business day is needed because (a) Mr. Laffitte is already responding to other post-trial submissions, including the Government's Motion for Forfeiture of Property (ECF No. 235) and its forthcoming response to Mr. Laffitte's motion for a new trial, which the Government has already stated will exceed the 35-page limit; and (b) the intervening holidays and scheduled time away from the office with counsel's family.

4.     The one-day extension would not impact other deadlines in this case.  For example, the Government's response to this brief is due five days after filing.  Regardless of whether Mr. Laffitte files his brief on Tuesday or Wednesday, the Government's response would be due on Tuesday, January 3, 2023, as that Monday is again a federal holiday.  Mr. Laffitte is aware of no other pending deadlines that would be impacted.

Accordingly, Mr. Laffitte moves the Court to extend his deadline by an additional day.  He submits a proposed order to chambers via the Court's ECF email address.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
 E. Bart Daniel, Federal Bar No. 403
 E-Mail: bart.daniel@nelsonmullins.com
 Matt Austin, Federal Bar No. 11435
 E-Mail: matt.austin@nelsonmullins.com
 151 Meeting Street / Sixth Floor
 Post Office Box 1806 (29402-1806)
 Charleston, SC  29401-2239
 (843) 853-5200

 Christian J. Myers, Federal Bar No. 13096
 E-mail:  josh.myers@nelsonmullins.com
 Phone: (202) 689-2800
 101 Constitution Avenue NW, Suite 9000
 Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
December 21, 2022