IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | **[proposed] ORDER** |
| Defendant. | |

For good cause shown under Fed. R. Crim P. 45(b), the Court **GRANTS** the Motion for an extension.  Defendant shall have through Wednesday, December 28, 2022 to file a memorandum of law which addresses the applicability of Rule 606(b) of the Federal Rules of Evidence and related caselaw.

**IT IS SO ORDERED.**

_____
The Honorable Richard M. Gergel
United Stated District Judge

Charleston, South Carolina
December \_\_\_, 2022