Defendant's Motion to Seal

# Exhibit 1

Non-Confidential Descriptive Index
(Local Criminal Rule 49.01(B)(2)(a) (D.S.C.))

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | Case No. 9:22-cr-00658-RMG |
| v. | |
| Russell Lucius Laffitte, | |
| Defendant. | |

In accordance with Fed. R. Crim. P. 49.1(d), Local Crim. R. 49.01(B)(2)(a) (D.S.C.), and

the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-

00333-TLW (Oct. 28, 2014), the following non-confidential descriptive index is filed

contemporaneously with the Motion to Seal filed by Mr. Laffitte:

| Exhibit | Document | Description |
|---|---|---|
| A | Affidavit of Juror No. 55 | An affidavit signed by Juror No. 95, the foreperson describing the Court's communications during deliberation and removal, and his lack of involvement with the group note. |

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*
    E. Bart Daniel, Federal Bar No. 403
    E-Mail: bart.daniel@nelsonmullins.com
    Matt Austin, Federal Bar No. 11435
    E-Mail: matt.austin@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

    Christian J. Myers, Federal Bar No. 13096
    E-mail:  josh.myers@nelsonmullins.com
    Phone: (202) 689-2800
    101 Constitution Avenue NW, Suite 9000
    Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina
December 27, 2022