# EXHIBIT A

Non-Confidential Descriptive Index of Documents to
Be Filed Under Seal

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

## Non-Confidential Descriptive Index of Documents to Be Filed Under Seal

Pursuant to Local Criminal Rule 49.01(B)(2) (D.S.C.), the following is a non-confidential descriptive index of the documents to be filed under seal:

| DOCUMENT | NON-CONFIDENTIAL DESCRIPTION |
|---|---|
| Defendant Russell Lucius Laffitte's Supplemental Motion for New Trial and Partial Reply to the Government's Response in Opposition to the Original Motion for New Trial ("Supplemental Motion and Reply") | Supplemental Motion and Reply outlines additional arguments regarding juror removal and the prejudice caused to Mr. Laffitte. As such, this Supplemental Motion and Reply contains sensitive information about information about jurors, improper influences on their deliberations, and information regarding advice of counsel given to Mr. Laffitte. |

Respectfully submitted,

  s/Mark C. Moore
_____
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Nexsen Pruet, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Phone: 803.771.8900
Fax: 803.727.1458
MMoore@nexsenpruet.com
MParente@nexsenpruet.com

*Attorneys for Defendant Russell Lucius Laffitte*

January 1, 2023
Columbia, South Carolina