# EXHIBIT B

Local Criminal Rule 49.01(B)(2)(b) Certification

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

## Local Criminal Rule 49.01 Certification

Undersigned counsel hereby certify that the Motion to Seal complies with Local Criminal Rule 49.01(B)(2)(b) (D.S.C.) and the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-00333-TLW (Oct. 28, 2014).

Respectfully submitted,

s/Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Nexsen Pruet, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Phone: 803.771.8900
Fax: 803.727.1458
MMoore@nexsenpruet.com
MParente@nexsenpruet.com

*Attorneys for Defendant Russell Lucius Laffitte*

January 1, 2023
Columbia, South Carolina