IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Kathleen Stoughton, Assistant United States Attorney, appearing as co-counsel for the Government, respectfully requests the Court grant her protection from court appearances between January 25 and January 27, 2023. The request for this protection is based upon counsel's appearance for oral argument in Richmond, Virginia, at the Fourth Circuit Court of Appeals during those dates. There are no court dates currently set in this matter during the specified dates.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: *S/ Kathleen M. Stoughton*
     Kathleen M. Stoughton
     Assistant United States Attorney
     1441 Main Street, Suite 500
     Columbia, SC 29201
     Tel. (803) 929-3000
     Kathleen.Stoughton@usdoj.gov

January 3, 2023