**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

The undersigned, counsel for Defendant, Russell Lucius Laffitte, hereby respectfully requests protection from Court appearances for the dates set forth below.

Mr. Moore has a pre-planned out-of-state vacation scheduled for March 6, 2023 through March 10, 2023. In addition, Mr. Moore serves as corporate counsel for a firm whose employees are testifying in a criminal antitrust trial pending in the District of Connecticut in *United States v. Patel et al.*, 3:21-CR-220 (VAB) and he has witness preparation interviews scheduled in New Haven, Connecticut on March 13 and 14, 2023. Mr. Moore plans to return to South Carolina on the morning of March 15, 2023. Accordingly, Mr. Moore requests protection for March 6-10, 2023 and March 13-15, 2023.

Mr. Parente also has pre-planned trips scheduled that relate to out-of-state family weddings – the first is from Thursday, March 23, 2023 through Monday, March 27, 2023 and then from April 4, 2023 through April 12, 2023. As such, counsel also respectfully requests protection for those dates.

Currently, there are no scheduled court appearances in this case that conflict with the above-referenced dates.

          Respectfully submitted,

          s/ Mark C. Moore
          Mark C. Moore (Fed. ID No. 4956)
          Michael A. Parente (Fed. ID No. 13358)
          NEXSEN PRUET, LLC
          1230 Main Street, Suite 700 (29201)
          Post Office Box 2426
          Columbia, SC  29202
          803.540.2146
          MMoore@nexsenpruet.com
          MParente@nexsenpruet.com

          *Attorneys for Defendant*
          *Russell Lucius Laffitte*

March 1, 2023
Columbia, South Carolina

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has this date been served upon all parties to this case through counsel by filing into the Court's electronic filing system and, for non-participants, by placing same in the U.S. mail, postage prepaid and properly addressed on this 1st day of March, 2023.

              s/ Mark C. Moore
              Mark C. Moore