IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| ) | CRIMINAL. NO. 9:22-658 |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **RUSSELL LUCIUS LAFFITTE** ) | |
| ) | |

**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE**

Emily Evans Limehouse, appearing for United States of America, hereby requests the Court grant her protection from Court appearances from May 5, 2023 through May 12, 2023. The request for the protection is based upon Ms. Limehouse's vacation plans with her family. Currently, there are no court dates set for this matter during the specified dates.

        ADAIR F. BOROUGHS
        UNITED STATES ATTORNEY

    By: s/ *Emily Limehouse*
        Emily Evans Limehouse (Federal ID #12300)
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, South Carolina, 29402
        (843) 266-1663
        Emily.Limehouse@usdoj.gov

March 6, 2023