IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

United States of America,

          v.

Russell Lucius Laffitte,

          Defendant.

Case No. 9:22-cr-00658-RMG

### **Motion to Withdraw as Counsel of Record**

The undersigned counsel, Bart Daniel, Matt Austin, and Josh Myers, of Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), hereby respectfully move the Court for leave to withdraw as counsel for the Defendant, Russell Lucius Laffitte ("Defendant") due to the client's substantial failure to fulfill his financial obligations to counsel for representation at trial and for post-trial relief. *See* SCRPC 1.16(b)(5).

Defendant will not be prejudiced by the Court's granting of this request because Mark C. Moore and Michael A. Parente of Nexen Pruet, LLC ("Nexen Pruet") will continue as counsel for Defendant. This motion is made with the knowledge of Defendant and remaining counsel and without objection.

**NOW THEREFORE**, the undersigned respectfully requests that the Court permit their withdrawal and that of the firm from any further representation of the Defendant in these matters.

Respectfully submitted,

[signature page to follow]

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ E. Bart Daniel*

E. Bart Daniel, Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
Matt Austin, Federal Bar No. 11435
E-Mail: matt.austin@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

Christian J. Myers, Federal Bar No. 13096
E-mail:  josh.myers@nelsonmullins.com
Phone: (202) 689-2800
101 Constitution Avenue NW, Suite 9000
Washington, DC 20001

*Attorneys for Russell Lucius Laffitte*

Charleston, South Carolina

March 9, 2023