# EXHIBIT A
*(Unofficial partial transcript of Mr. Murdaugh's testimony specifically referencing Mr. Laffitte)*

Transcript of Alex Murdaugh Trial Testimony
Regarding Russell Laffitte
Day 23, February 23, 2023

| | |
|---|---|
| Mr. Waters: | Was there a conservatorship for them because they were underage? |
| Mr. Murdaugh: | There was a conservatorship for them, but I don't think the fact that they were underage is why there was a conservatorship. |
| Mr. Waters: | You don't think it was because, at least in part, they were underage when the settlement was received? |
| Mr. Murdaugh: | No. That's not what I remember, but for purposes of your… I think, Mr. Waters, I agree there was a conservator appointed. |
| Mr. Waters: | What is your memory of why the conservator was appointed? |
| Mr. Murdaugh: | My memory is that the father in this case, who was the beneficiary or a big beneficiary in this, and who was the PR of the mother's case, was an undesirable witness and there was testimony that he had… There was testimony that he had hit his wife and it was clear we felt like we didn't want him to be the face of the lawsuit. So, we appointed a conservator |
| Mr. Waters: | Who was that? |
| Mr. Murdaugh: | For that purpose. That is why I believe we appointed a conservator. |
| Mr. Waters: | And who was that? |
| Mr. Murdaugh: | That was Russell Laffitte. |
| Mr. Waters: | At Palmetto State Bank? |
| Mr. Murdaugh: | Yes sir. |

| | |
|---|---|
| Mr. Waters: | And after that, did you get Russell Laffitte to start loaning you money from the Plyler girls' account that he was conservator for? |
| Mr. Murdaugh: | He loaned me money from the Plyler account. I don't know if I got him to do that. |
| Mr. Waters: | Oh, you didn't talk to him about it. Y'all didn't talk about that at all? |
| Mr. Murdaugh: | No. We did talk about it. I mean |
| Mr. Waters: | There's emails to that effect. Are you disputing that to this jury? |
| Mr. Murdaugh: | Mr. Waters, I'm not disputing. I'm just telling you that Russell Laffitte gave me a loan from the Plyers. Your question was, Did I get him to do that? And, I don't necessarily believe that to be accurate. |
| Mr. Waters: | Who came up with the idea? |
| Mr. Murdaugh: | I don't know that it was come up with an idea. That was um I think that Russell felt like that it was a sound investment for those girls to charge me a higher interest rate when they weren't getting but so much interest somewhere else so |
| Mr. Waters: | What was that interest rate that y'all thought was such a good idea for these girls? Do you recall what it was? |
| Mr. Murdaugh: | I can't remember. |
| Mr. Waters: | The reality is that you needed the money and this was a convenient source to keep your massive cash flow going as early as 2011, 2012, isn't that correct? |

2

| | |
|---|---|
| Mr. Murdaugh: | Well this was a loan. Yes sir, but exactly why it came from them versus the bank, I can't, I don't, I can't tell you the details without looking at all that. I can't tell you that off the top of my head. |
| Mr. Waters: | Despite all you were earning, you would even send Russell emails saying, "Hey, transfer over $75,000 from the Plyler account into my account," correct? Do you remember emails to that effect that you [put] out to him? |
| Mr. Murdaugh: | Do I remember an email to that effect? No. I don't remember that, but I… |
| Mr. Waters: | Do you dispute that there are emails to that effect? |
| Mr. Murdaugh: | Not if you say there were, Mr. Waters. I don't dispute that. I don't dispute any of this that I took money that didn't belong to me, that I misled people that were… |
| Mr. Waters: | I know that you want the answer to be that simple. That's not what I'm asking. We agree on that. We've agreed on that. |
| Mr. Murdaugh: | No sir. I don't necessarily want the answer to be simple. I just want everybody to understand I do not dispute that I stole money that was not my money. That I misled people to do that. That I misled people that trusted me to do that and that what I did was terrible. I don't dispute that. It's just the way you're asking these questions and, you know, I mean there's some things in there that I do take issue with. |
| Mr. Waters: | Ok. Which part of what I just asked you about the Plylers did you take issue with? Do you take issue that y'all didn't conspire to do that, you and Russell? |

3

| | |
|---|---|
| Mr. Murdaugh: | Yes. |
| Mr. Waters: | Do you take issue with that? You take issue with that. Ok. |
| Mr. Murdaugh: | I can tell you that Russell Lassitte, Russell Laffitte never conspired with me to do anything. Whatever was done was done by me. |
| Mr. Waters: | Ok. So you told the Plyler girls that you were borrowing money from their account? |
| Mr. Murdaugh: | No. I don't know, I don't know that I, that I told them. |
| Mr. Waters: | Did you tell Russell to tell them? |
| Mr. Murdaugh: | I, I don't, I don't recall. I don't believe so, but I don't, I can't sit here and tell you what I him however many years ago. |
| Mr. Waters: | Did you tell Russell he could borrow money from that account too? |
| Mr. Murdaugh: | I don't remember having any discussion with him about him borrowing money. |
| Mr. Waters: | Was this supposed interest rate you were paying far lower than anything you could have gotten anywhere else? |
| Mr. Murdaugh: | I don't even know what interest rate I was paying. |
| Mr. Waters: | Ok. One thing's clear, you never told this to the Plyler girls did you? |
| Mr. Murdaugh: | I would have thought the interest rate that I was paying was a little bit more than what a bank loan would have been, but I don't know that. I don't know that to be, I don't know what the interest rate was so I don't know that for sure. |
| Mr. Waters: | When you stole the Badger money, how much did you steal from Arthur Badger that we talked about before in the UPS case. |

4

Mr. Murdaugh:       I don't remember the exact amount.

Mr. Waters:         Over $1.3 million dollars. Would you dispute that?

Mr. Murdaugh:       I don't dispute.

Mr. Waters:         And that was in addition to the $1.2 million dollars in attorney's fees for his case alone that would have been attributed to you through the firm?

Mr. Murdaugh:       What I stole from Arthur Badger

Mr. Waters:         Let me ask you this

Mr. Murdaugh:       Inappropriately was in addition to any fees that I legitimately earned. I shouldn't have stole the money from Arthur Badger. I misled him and I was wrong.

Mr. Waters:         Did you speak with Russell Laffitte once you stole this money from Arthur Badger about structuring that $1.3 million dollars that you stole in a manner so it appeared to be payments to the Plyler account? Do you understand the question?

Mr. Murdaugh:       No sir. Say that again.

Mr. Waters:         Did you have any conversations with Russell Laffitte about structuring this $1.3 million dollars into multiple payments and then applying it to the Plyler account?

Mr. Murdaugh:       I've heard the testimony and I've seen some of those records.

Mr. Waters:         I'm asking you if you did. Did you have any conversations with Russell about that?

Mr. Murdaugh:       I had to. I had to.

5

| | |
|---|---|
| Mr. Waters: | Ok. All right. You even asked him to recut the check, correct? To have Genie recut the check. |
| Mr. Murdaugh: | I've seen, I've seen uh, I believe an email or a text to that effect. |
| Mr. Waters: | So you don't dispute that? |
| Mr. Murdaugh: | No. I don't dispute that. What I dispute is if you're insinuating in any way, this was stuff that I did. |
| Mr. Waters: | Ok. |
| Mr. Murdaugh: | I mean this stuff, I did these things wrong. Russell Laffitte didn't do anything. |
| Mr. Waters: | I'm not here to talk about that. I'm just talking about what went on. |
| Mr. Murdaugh: | And I know, but you keep talking about what I did with Russell Laffitte and what I want to let you know is that I did this and I'm the one that took people's money that I shouldn't have taken and that Russell Laffitte was not involved in helping me do that knowingly. |
| Mr. Waters: | I just asked you a simple question. |
| Mr. Murdaugh: | If he did it, he did it without knowing it. |
| Mr. Waters: | All right. So you sent him an email and then asked him to recut the check and have the check made out to various amounts short of that and then applied those over time give the illusion of payments to the Plyler account, is that correct? |
| Mr. Murdaugh: | Mr. Waters. |
| Mr. Waters: | Is that correct? |

Mr. Murdaugh:  I don't know, but I'll tell you this, I don't dispute, I don't dispute what's in those, uh, emails as far as or text as far as what I told Russell and as far as what I did, uh, to again take money that didn't belong to me, that wasn't mine and that I was wrong for taking. It's just the specifics of what you want me to give you details on and I can't do that. I do not dispute what's in those texts or emails.

Mr. Waters:  Ok. And did you steal that Badger money because you had to pay back the Plyler girls' money before they turned 18 and reached the age of majority and Russell would then have to be held to account for that money that he had loaned himself to you?

Mr. Murdaugh:  First off, I don't know anything about any money that Russell loaned to himself. I only know about what he loaned to me and I don't specifically. I don't believe that me stealing Arthur Badger's money and taking that money that did not belong to me that I wrongly took had anything to do, I don't remember it having a relationship with having to pay back a loan or that being some time pressure to pay back a loan that he gave me on the Plyler conservatorship.

Mr. Waters:  You don't remember that?

Mr. Murdaugh:  No. And, I'm not saying that that didn't happen. I'm saying that I don't remember. That's not the way I remember it and I don't remember it.

Mr. Waters:  Did you ultimately borrow a million dollars roughly from the Plyler girls without their knowledge, does that sound right? About a million dollars in total?

7

Mr. Murdaugh:     Um. If you tell me that's the number, I mean that surprises me, but I don't dispute what's in the records, but I didn't believe I had a loan for, are you saying a million dollars? I didn't believe that I had a loan.

Mr. Waters:       You took.

Mr. Murdaugh:     Mr. Waters, if that's what the records say, I don't dispute it, but that's not what I thought. I didn't think I had a million dollar loan from them, but if that's what the records say, I don't dispute that, but I can tell you this, if I had a million dollar loan from them, um, I don't remember that and I may have, I may be confusing it with what a loan from the bank, um, but again, if that's what's in the records, I don't dispute it.

Mr. Waters:       All right. So you have no memory whatsoever and so for all you know it's just a coincidence that the Plylers were about to turn 18 when you stole this Badger money and you applied a significant amount of it to pay that off before they turned 18? You don't have any memory of that?

Mr. Murdaugh:     No. I can tell you that that was never, that that was never an issue or motivation for me again taking Arthur Badger's money that I shouldn't have taken, that didn't belong to me and that I was wrong for, um, I don't remember a loan from the Plyler conservatorship as being a motivation for that.

Mr. Waters:       So, for all you can remember, it's just a coincidence?

Mr. Murdaugh:     Why I stole Arthur Badger's money just being a coincidence?

Mr. Waters:       Why you applied it to the Plyler loans right before they turned 18.

8

| | |
|---|---|
| Mr. Murdaugh: | No. I'm not saying it's a coincidence or not a coincidence. What I'm saying is that I don't remember that. |
| Mr. Waters: | Ok. |
| Mr. Murdaugh: | And so I don't remember that being a motivation. If it was, I just, I didn't know I had a million dollar loan from the Plyler conservatorship. Um, at least as I sit here today, but you know I would have known I had a loan from somewhere. And, if I took Arthur Badger's money and applied it to that, I mean again, I stole money that didn't belong to me. I misled Arthur Badger to take that money and I was wrong. |
| Mr. Waters: | How many times have you practiced that answer before your testimony today? |
| Mr. Murdaugh: | I've never. |
| Mr. Waters: | Because you're using the same one over and over again. |
| Mr. Murdaugh: | I've never practiced that answer, but you keep asking me these questions and I keep using that answer. |

9