IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) CRIMINAL. NO. 9:22-658 |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| **RUSSELL LUCIUS LAFFITTE** | ) |
| | ) |

**GOVERNMENT'S MOTION FOR EXTENSION**

COMES NOW the United States of America, by and through its undersigned counsel, and petitions this Honorable Court for an extension of time to file a response to the Defendant's Second Motion for a New Trial (ECF 274). Counsel for the Government is currently in the trial of *US v. Terry Tyrone Pollard*, which has taken up the majority of her time and resources. Counsel for the parties have consulted, and there is no objection.

Therefore, in order to properly review and respond to Defendant's motion, the government requests an additional 4-day extension of time to file a response making it due on March 24, 2023.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Emily Limehouse*
Emily Evans Limehouse (Federal ID #12300)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina, 29402
(843) 266-1663
Emily.Limehouse@usdoj.gov

March 16, 2023