IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Kathleen Stoughton, Assistant United States Attorney, appearing as co-counsel for the Government, respectfully requests the Court grant her protection from court appearances between June 12 and June 16, 2023. The undersigned is the Assistant Director of a weeklong, statewide leadership training program for high school students that will be held in Clinton, South Carolina, during those dates. There are no court dates currently set in this matter during the specified dates.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: */s/ Kathleen M. Stoughton*
Kathleen M. Stoughton
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Kathleen.Stoughton@usdoj.gov

May 15, 2023