# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

The undersigned, counsel for Defendant, Russell Lucius Laffitte, hereby respectfully requests protection from Court appearances for the dates set forth below.

Mr. Moore is attending a conference out of state on May 17-19, 2023. In addition, Mr. Laffitte's son is graduating from high school on May 25, 2023 and he would request protection for May 25 and May 26, 2023. Mr. Moore has a pre-planned out-of-state vacation scheduled for June 1 through June 9, 2023. Finally, Mr. Moore is registered to attend the 81st Judicial Conference of the Fourth Circuit in Greensboro, NC from June 29 through July 1, 2023.

Currently, there are no scheduled court appearances in this case that conflict with the above-referenced dates. A final Pre-Sentence Report (PSR) has not been issued and Mr. Laffitte timely submitted his objections to the Draft PSR on May 10, 2023 after the Court graciously extended the deadline for filing objections. The Government did not submit any objections but it submitted a Memorandum to counsel detailing its position on restitution and making clear that it seeks restitution substantially in excess of the amount listed in the Draft PSR—and Mr. Laffitte therefore noted in his objections that he may seek leave to file additional objections if the Revised PSR reflects an increased restitution obligation.

For the reasons stated above, Mr. Laffite respectfully requests protection for the dates of May 17-19, May 25-26, June 1-9 and June 29-July 1, 2023.

Respectfully submitted,

s/ Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC  29202
803.540.2146
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

May 15, 2023
Columbia, South Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this date been served upon all parties to this case through counsel by filing into the Court's electronic filing system and, for non-participants, by placing same in the U.S. mail, postage prepaid and properly addressed on this 15th day of May, 2023.

s/ Mark C. Moore
Mark C. Moore
