IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL LUCIUS LAFFITTE | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

    Emily Limehouse, Assistant United States Attorney, appearing as co-counsel for the Government, respectfully requests the Court grant her protection from court appearances between June 12 and June 16, 2023. The undersigned will be out of the country during those dates. There are no court dates currently set in this matter during the specified dates.

    Respectfully submitted,

    ADAIR F. BOROUGHS
    UNITED STATES ATTORNEY

    BY: *s/ Emily Evans Limehouse*
        Emily Evans Limehouse
        Assistant United States Attorney
        151 Meeting Street, Suite 200
        Charleston, SC  29401
        Tel. (843) 727-4381
        elimehouse@usa.doj.gov

May 15, 2023