# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

## DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE OBJECTIONS TO AMENDED PRESENTENCE REPORT

Defendant Russell Lucius Laffitte ("Mr. Laffitte"), by and through his undersigned counsel, respectfully requests leave to file objections to the restitution calculations noted in the Amended Presentence Investigation Report ("Amended PSR") that is expected to issue this week. The government, through Assistant United States Attorney Emily Limehouse, consents to this request as does the United States Probation Office.

On March 27, 2023, undersigned counsel and counsel for the government received the initial Draft PSR from the United States Probation Office ("USPO"). On April 3, 2023, the Court granted a consent motion for an extension of an additional 30 days to object to the initial PSR. *See* ECF Nos. 286 & 287. On May 10, 2023, undersigned counsel submitted objections to the Draft PSR.

On the same day, the government submitted a response to the Draft PSR which did not note any objections but instead suggested multiple clarifications to the Draft PSR. The government's filing also requested a substantial increase in the proposed restitution amount.[1] The

---

[1] The primary additions to the proposed restitution amount come from legal fees incurred by Palmetto State Bank and the Parker's Law Group. The Government has supplied the USPO and Mr. Laffitte with detailed, voluminous invoices from counsel for both of the above entities. The Government's requested increase in the restitution amount exceeds $1 million dollars.

Parties have been informed that the USPO has plans to reissue an Amended PSR reflecting the additional restitution now sought by the government at some point during the week of May 29, 2023.

Because Mr. Laffitte has not had the opportunity to respond or object to these newly updated restitution figures, Mr. Laffitte respectfully requests that he be allowed 14 days[2] from the date counsel receives the Amended PSR to submit objections to the Amended PSR's restitution calculations.

        Respectfully submitted,

        s/Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Maynard Nexsen PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC 29202
Phone: 803.771.8900
Fax: 803.727.1458
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

May 30, 2023
Columbia, South Carolina

---

[2] As the Court is aware, this is the response time set by Federal Rule of Criminal Procedure 32 for responding to a Draft PSR. Mr. Laffitte respectfully requests that this Court set the same deadline for a response to the Amended PSR and represents he will seek no further extensions to this deadline if this Motion is granted by the Court.

2