# ATTACHMENT A

# Documents to be Filed Under Seal

| DOCUMENT | NON-CONFIDENTIAL DESCRIPTION |
| --- | --- |
| Defendant Russell L. Laffitte's Sentencing Memorandum and Motion for Downward Variance | Memorandum contains information to aid the Court in sentencing and contains sensitive personal and family information, references to the defendant's presentence report, and details of the government's investigation |