# ATTACHMENT B

## Local Criminal Rule 49.01(B)(2)(b) Certification

Undersigned counsel hereby certify that the Motion to Seal complies with Local Criminal Rule 49.01(B)(2)(b) (D.S.C.) and the Standing Order Regarding Sealing Documents in Criminal Matters, ECF No. 1, No. 3:14-mc-00333-TLW (Oct. 28, 2014).

Respectfully submitted,

> *s/* Michael A. Parente
> Mark C. Moore (Fed. Bar # 4956)
> Michael A. Parente (Fed. Bar #13358)
> MAYNARD NEXSEN PC
> 1230 Main Street, Suite 700 (29201)
> Post Office Box 2426
> Columbia, SC  29202
> Telephone: 803-771-8900
> Fax:  803-727-1458
> MMoore@maynardnexsen.com
> MParente@maynardnexsen.com
>
> *Attorneys for Defendant Russell L. Laffitte*

July 27, 2023
Columbia, South Carolina