# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

## DEFENDANT RUSSELL LUCIUS LAFFITTE'S NOTICE OF SUPPLEMENTAL AUTHORITY FOR SENTENCING HEARING

Defendant Russell Lucius Laffitte ("Mr. Laffitte"), by and through undersigned counsel, respectfully submits this notice of supplemental authority in support of his Sentencing Memorandum and Motion for Downward Variance (ECF No. 306) and ahead of his sentencing hearing on August 1, 2023. Undersigned counsel hereby gives notice to the Court and to counsel for the government of the following case law in support of Mr. Laffitte's argument for a downward variance based on the relevant 18 U.S.C. § 3553(a) factors: *United States v. Louthian*, 756 F.3d 295 (4th Cir. 2014); *United States v. McKanry*, 628 F.3d 1010 (8th Cir. 2011); *United States v. Cole*, 765 F.3d 884 (8th Cir. 2014); *United States v. Faulkenberry*, 759 F. Supp. 2d 915 (S.D. Ohio 2010), *aff'd*, 461 F. App'x 496 (6th Cir. 2012); *United States v. Keller*, 498 F.3d 316 (6th Cir. 2007); *United States v. Regensberg*, 635 F. Supp. 2d 306 (S.D.N.Y. 2009), *aff'd*, 381 F. App'x 60 (2d Cir. 2010); *United States v. Johnson*, No. 16-CR-457-1 (NGG), 2018 WL 1997975 (E.D.N.Y. Apr. 27, 2018); *United States v. Gupta*, 904 F. Supp. 2d 349 (S.D.N.Y. 2012), *aff'd*, 747 F.3d 111 (2d Cir. 2014); *United States v. Adelson*, 441 F. Supp. 2d 506 (S.D.N.Y. 2006), *aff'd*, 301 F. App'x 93 (2d Cir. 2008); *United States v. Parris*, 573 F. Supp. 2d 744 (E.D.N.Y. 2008); *United States v. Augustin*, No. CR 2:15-0799-2-RMG, 2018 WL 9732081 (D.S.C. Oct. 2, 2018); *United States v. Doctor*, No. CR 2:12-0552-RMG, 2022 WL 1138102 (D.S.C. Apr. 18, 2022); and *United States*

*v. Johnson*, No. CR 2:15-386-RMG, 2022 WL 17624802 (D.S.C. Dec. 13, 2022).

In addition, undersigned counsel gives notice of the following case law regarding Mr. Laffitte's argument that he is entitled to a mitigating role adjustment pursuant to U.S.S.G. 3B1.2(b): *United States v. Colorado*, 716 F. App'x 922 (11th Cir. 2017); *United States v. Yurek*, 925 F.3d 423 (10th Cir. 2019); *United States v. Diaz*, 884 F.3d 911 (9th Cir. 2018); *United States v. Quintero-Leyva*, 823 F.3d 519 (9th Cir. 2016); *United States v. Leiskunas*, 656 F.3d 732 (7th Cir. 2011); *United States v. Saenz*, 623 F.3d 461 (7th Cir. 2010); *United States v. Wynn*, 37 F.4th 63 (2d Cir. 2022); and *United States v. Delacruz*, 371 F. App'x 245 (2d Cir. 2010).

Respectfully submitted,

s/Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Maynard Nexsen PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC 29202
Phone: 803.771.8900
Fax: 803.727.1458
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400 (29401)
Post Office Box 486
Charleston, SC 29402
Phone: 843.577.9440
CShoun@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

July 31, 2023
Columbia, South Carolina