| OTHER 6996048 | PALMETTO STATE BANK | 7/24/2023 12:17:53 PM |
|---|---|---|
| Printed by: MARK ALTMAN | | Reporting Institution: 9 |

## Note 6996048 - RICHARD ALEXANDER MURDAUGH

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
|  RICHARD ALEXANDER MURDAUGH | Owner/Signer | May 27, 1968 | [C] (803) 942-1227 | |

Additional Relationships
Tax Name: RICHARD ALEXANDER MURDAUGH
See Mailing Information

## Name - Priority Miscellaneous

| Name | Description |
|---|---|
| RICHARD ALEXANDER MURDAUGH | POA: RICHARD ALEXANDER MURDAUGH JR IS POA FOR RICHARD ALEXANDER MURDAUGH, POA DOCS ON FILE PER RUSSELL LAFFITTE, UPDATED 10/04/2021 |

## Account Classification

| | | | |
|---|---|---|---|
| Portfolio: | 201967 | Responsibility Code: | [250] Russell L Laffitte |
| Line: | 201967 | Purpose Code: | [502] |
| Product: | [10419] OTHER | Employee Officer Director: | [0] |
| Accounting Branch: | [69] PALMETTO STATE BANK-HAMPTON | Collateral: | 1.00 SHARE GREEN SWAMP INC. STOCK #146 |

## Warnings

Warning: Charged Off
Fully Charged-Off: Dec 27, 2021
Date Non-Accrual: Sep 24, 2021
Collection
Past Due
Payment Restriction Code: Non-Post All
Matured Note

## Priority Miscellaneous

**Description**

- GREEN SWAMP STOCK#146 CROSS COLLATERALIZED WITH 2 OTHER LOANS. 10/6/21 CP took Green Swamp Stock to John Marvin per Russell's instructions copy is scanned and filed in the collateral lock box nd
- LOAN IS FILED IN A REAL ESTATE FOLDER

## Mailing Label

RICHARD ALEXANDER MURDAUGH                                eStatement:                                None



## Loan To Date

| Date | Description | Transaction Amount | Principal: | Interest: | Principal Balance |
|---|---|---|---|---|---|
| Jul 15, 2021 | Original Rate | Interest Rate: | 5.000000 | | |
| Jul 15, 2021 | Fees Financed | $750.00 | $750.00 | | $750.00 |
| Jul 15, 2021 | PRINCIPAL ADVANCE | $750,000.00 | $750,000.00 | | $750,750.00 |
| Sep 24, 2021 | Charged Off Principal | $500,000.00 | | | $750,750.00 |
| Oct 26, 2021 | Reinstated Principal | $250,000.00 | | | $750,750.00 |
| Oct 26, 2021 | Principal Payment | $250,000.00 | $250,000.00 | | $500,750.00 |
| Oct 29, 2021 | Charged Off Principal | $250,749.00 | | | $500,750.00 |
| Dec 27, 2021 | Charged Off Principal | $1.00 | | | $500,750.00 |

EXHIBIT 1                    PSB 233526

| | | | | | |
|---|---|---|---|---|---|
| OTHER 6996048 | | PALMETTO STATE BANK | | | 7/24/2023 12:17:53 PM |
| Printed by: MARK ALTMAN | | | | | Reporting Institution: 9 |
| **Date** | **Description** | | **Transaction Amount** | **Principal:** | **Interest:** | **Principal Balance** |
| Jan 15, 2022 | Rate Change | | Interest Rate: | | 10.000000 (Override) | |

PSB 233527