
LAS Credits - 10/26/2021


LAS Credits - 10/26/2021


DDA Debits - 10/26/2021


DDA Debits - 10/26/2021

EXHIBIT 4

PSB 233528