

DDA Debits - 12/17/2021



**GENERAL LEDGER CREDIT**

ACCOUNT DESCRIPTION: Losses Other Than Loans

1/2 PR Fee as in settlement w/ Badger

DATE: 11/1/21

AMOUNT: $ 17500.00

TRAN CODE: 100

ACCOUNT NUMBER: 4053069

CONTRA ENTRY / PREPARED BY / APPROVED BY

⑈5600⑈0000⑈    898

GL Credits - 12/17/2021

---

0001486982

>053202596<
Palmetto State Bank #001
2021-12-17
0001486982
Batch 143784026

GL Credits - 12/17/2021