Palmetto State Bank's Restitution Request

| Amount | Offset | Basis of Request | Joint and Several |
|---|---|---|---|
| $680,000 | | Unauthorized PSB Check to PMPED Totaling ½ Badger Settlement Funds plus ½ of RLL PR fee (Count 4) | |
| | $17,500 | RLL Check to PSB for ½ of RLL PR fee | |
| **Total: $662,500** | | | |
| $750,000 | | Unauthorized Sham Loan RLL Extended to RAM (Count 5) | |
| | $250,000 | PSB Recovery from Sale of Green Swamp | |
| **Total: $500,000** | | | |
| $284,787.52 | | Line of Credit Used to Pay Off HP Loans (Count 6) | |
| | Sale of Moselle | | |
| **Total: $150,000** | | | |
| **$706,455.39** | | Investigative Costs | |
| **$154,790.73** | | Half of $309,581.46 Check Stolen from Hakeem Pinckney | ✓ |
| **$175,122.54** | | Half of $325,000 and $25,245.08 Checks Stolen from Natasha Thomas | ✓ |
| | **TOTAL: $2,348,868.66** | | |


GOVERNMENT EXHIBIT 5 Sentencing

PMPED's Restitution Request

| Amount | Offset | Basis of Request | Joint and Several |
|---|---|---|---|
| $1,764,913.27 | | Half of $325,000 and $25,245.08 Stolen from Natasha Thomas + Half of $309,581.46 Check Stolen from Hakeem Pinckney + $60,000 HP Conservator Fees + $15,000 NT Conservator Fees + $1,325,000 Stolen from Arthur Badger + $35,000 AB PR Fees (Count 1) | ✓ |
| | $680,000 | Check from PSB to PMPED | |
| **Total: $1,084,913.27** | | | |
| **$122,102.87** | | Investigative Costs | |
| | **TOTAL: $1,207,016.14** | | |