# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG<br><br>**DEFENDANT'S NOTICE OF APPEAL** |

Notice is hereby given that Defendant Russell Lucius Laffitte in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the sentence handed down on August 1, 2023 and the Judgment entered in this action on August 2, 2023.

Respectfully submitted,

s/Mark C. Moore
_____
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, SC 29202
Telephone: 803.771.8900
Fax: 803.727.1458
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

William W. Wilkins (Fed. ID No. 4662)
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, SC 29601
Telephone: 864.370.2211
BWilkins@maynardnexsen.com

                                  Cheryl D. Shoun (Fed. ID No. 4761)
MAYNARD NEXSEN PC
205 King Street, Suite 400 (29401)
Post Office Box 486
Charleston, SC 29402
Telephone: 843.577.9440
CShoun@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

August 8, 2023
Columbia, South Carolina