## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 08/08/23 | District: South Carolina | District Case No.: 9:22-cr-00658-RMG-1 |
|---|---|---|
| ✔ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: _____ | Division: Charleston<br><br>Caption:<br>United States of America<br><br>v.<br><br>Russell Lucius Laffitte | 4CCA No(s). for any prior NOA:<br><br>4CCA Case Manager: |

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement-Criminal Case:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
✔ On bond
___ On probation

**Defendant Address-Criminal Case:**

**District Judge:**
Hon. Richard M. Gergel

**Court Reporter** (list all):
Lisa Smith
Karen Anderson
Karen Martin
Doneshia Gardner, CourtSmart
April Snipes, CourtSmart
**Coordinator:** Billie Goodman

**Fee Status:**
___ No fee required (USA appeal)   ✔ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
✔ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
✔ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✔ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: C. Perry     Phone: 843-579-1417     Date: 8/9/2023

02/2023