# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 9:22-cr-00658-RMG |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| RUSSELL LUCIUS LAFFITTE ) | |
| ) | |

## GOVERNMENT'S NOTICE OF CROSS-APPEAL

Notice is hereby given that, under 28 U.S.C. § 1291, the United States of America appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's judgment entered on August 2, 2023. DE 316. This notice of appeal is being filed to permit the United States sufficient time to assess whether to challenge the waiver of interest on the defendant's restitution order. *See* 28 U.S.C. § 0.20 (stating the Solicitor General shall determine whether, and to what extent, appeals will be taken by the Government).

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: */s/Kathleen M. Stoughton*
Kathleen M. Stoughton (Federal ID #12161)
Emily Evans Limehouse
Winston D. Holliday, Jr.
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (808) 929-3000
Email: Kathleen.Stoughton@usdoj.gov

September 6, 2023