## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 09/06/23 | District: | District Case No.: |
|---|---|---|
| | South Carolina | 9:22-cr-00658-RMG-1 |
| ___ First NOA in Case | **Division:** | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party | Beaufort | 23-4509 |
| ✓ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | United States of America | Naeemah R. Sims |
| ___ Paper ROA ___ Paper Supp. | v. | |
| Vols: _____ | Russell Lucius Laffitte | |
| Other: | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ✓ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ✓ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| No designation | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases:** |
| Richard M. Gergel | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| Lisa Smith | ✓ Portions of record under seal |
| Karen Anderson | ____ Entire record under seal |
| Karen Martin | ____ Party names under seal |
| Doneshia Gardner, CourtSmart | ____ Docket under seal |
| April Snipes, CourtSmart | |
| **Coordinator:** Billie Goodman | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: C. Perry _____ Phone: 843-579-1417 _____ Date: 09/07/23 _____