IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) |
| | ) |
| v. | ) |
| | ) |
| RUSSELL LUCIUS LAFFITTE | ) |

## MOTION TO VACATE PRELIMINARY ORDER OF FORFEITURE

NOW COMES THE UNITED STATES, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, and moves this court to vacate the Preliminary Order of Forfeiture as to RUSSELL LUCIUS LAFFITTE ("Defendant"), entered on August 2, 2023, imposing a forfeiture judgment in the amount of $85,854.73.

The United States makes this motion following the decision of the Fourth Circuit Court of Appeals to vacate the Defendant's convictions and sentence and to remand for a new trial. [Docket Entry Number 341]. The government will no longer seek to pursue the forfeiture judgment imposed in the Preliminary Order of Forfeiture. Accordingly, the government moves this court to vacate the Preliminary Order of Forfeiture.

[SIGNATURE PAGE TO FOLLOW]

1

                Respectfully Submitted,

                ADAIR F. BOROUGHS
                UNITED STATES ATTORNEY

By:    s/Anne Hunter Young
        ANNE HUNTER YOUNG (Fed. ID. #7258)
        Assistant United States Attorney
        Attorney for the United States
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        (803) 929-3000 (Telephone)

November 15, 2024