# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Criminal No. 9:22-658-RMG |
| ) | |
| Russell Lucius Laffitte, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |
| _____) | |

The Fourth Circuit Court of Appeals vacated the Defendant's conviction and sentence and remanded the matter to the District Court for a new trial. (Dkt. No. 341). The Fourth Circuit issued its mandate on November 18, 2024. (Dkt. No. 344). The Court is informed that the Bureau of Prisons and the United States Marshal Service are unclear regarding whether the Defendant should be released from custody and seek some direction from the Court.

Since Defendant's criminal conviction has been vacated, his continued incarceration at the Bureau of Prisons should end immediately. The Bureau of Prisons is directed to release the Defendant, and he is to return directly to his residence.

The Court further orders that the bond previously issued (Dkt. Nos. 15, 16) is reinstated. Defendant is to promptly deposit with the Court $25,000.00 to secure the $500,000.00 appearance bond that is now reinstated. Upon arrival in the District, Defendant shall report to Probation within 24 hours to comply with the conditions of bond.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

November 21, 2024
Charleston, South Carolina