UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG<br><br>**JOINT STATUS REPORT** |

Defendant Russel Lucius Laffitte ("Mr. Laffitte") and the Government (collectively, "the Parties") jointly submit this status report pursuant to the direction of the Court during the status conference held on November 21, 2024 (ECF No. 346).

During the status conference, the Court requested this joint status report regarding potential trial dates. The Court indicated that it was available to try this case in March 2025. The Parties have conferred as requested by the Court and counsel for Mr. Laffitte has had an opportunity to meet with him.

Mr. Laffitte's current counsel did not represent him at his prior trial in November of 2022, which consumed approximately 10 days. While defense counsel has a familiarity with the record and the discovery given their representation of Mr. Laffitte at sentencing and on appeal, counsel needs additional time to prepare for trial, as this case is complex with voluminous discovery and numerous potential evidentiary issues to be considered—and counsel and Mr. Laffitte must formulate and agree on a comprehensive defense strategy. Counsel is also involved in defending a complex civil matter, with discovery set to close in February of 2025 and counsel is taking and/or defending multiple depositions in that matter over the next 90 days. In addition, Mr. Laffitte is considering adding additional trial counsel at this time. Currently, the state court has frozen Mr. Laffitte's assets as a condition of his state bond, which is impeding his ability to pay current

1

counsel for the appeal and for a trial of this matter and also hire the counsel of his choice to be added to his trial team if this matter cannot be resolved. Mr. Laffitte intends to address this Sixth Amendment issue imposed by this state court bond condition in an upcoming state court status conference, and reserves the right to request a status of counsel hearing with this Court if necessary following the upcoming state court hearing. In addition, Mr. Moore has a personal matter which may present some difficulties in trying this case in March, 2025. For all of those reasons, Mr. Laffitte would request that the Court set a trial date in May of 2025.

The Government will be prepared to try this case in March and has proposed that the trial begin during the week of March 24, 2025. While Mr. Laffitte believes that week is still too soon, that would be the earliest possible date that Mr. Laffitte currently believes he could be prepared for trial.

The Government notified Mr. Laffitte's counsel that it may supersede to add additional charges. Counsel for the government has briefed Mr. Laffitte's counsel regarding the basis of a potential superseding indictment, and Mr. Laffitte was questioned about conduct underlying possible charges in cross-examination during the trial. The Government therefore does not expect a superseding indictment to impact a trial date of March 24, 2025. Moreover, the Government intends to oppose any continuance requests based on a superseding indictment.

Mr. Laffitte would respectfully submit that if the Government supersedes to add additional charges or if Mr. Moore's personal issue creates additional complications, Mr. Laffitte will most likely be required to move for a further continuance if the Court chooses to deny Mr. Laffitte's request for a May 2025 trial and elects instead to proceed with the trial date proposed by the Government.

Both Parties reserve the right to seek a continuance if a change in circumstances rises to the level of good cause.

Respectfully submitted,

| | |
|---|---|
| ADAIR F. BOROUGHS<br>UNITED STATES ATTORNEY<br><br>By: s/ *Emily Evans Limehouse*<br>Emily Evans Limehouse (Federal ID #12300)<br>Kathleen Michelle Stoughton (Federal ID #12161)<br>Winston D. Holliday, Jr. (Federal ID #7597)<br>Assistant United States Attorneys<br>151 Meeting Street, Suite 200<br>Charleston, South Carolina, 29402<br>(843) 266-1663<br>Emily.Limehouse@usdoj.gov | s/Mark C. Moore<br>Mark C. Moore (Fed. ID No. 4956)<br>Michael A. Parente (Fed. ID No. 13358)<br>Maynard Nexsen PC<br>1230 Main Street, Suite 700<br>Columbia, SC 29201<br>Phone: 803.771.8900<br>MMoore@maynardnexsen.com<br>MParente@maynardnexsen.com<br><br>Cheryl D. Shoun (Fed. ID No. 4761)<br>Maynard Nexsen PC<br>205 King Street, Suite 400<br>Charleston, SC 29401<br>Phone: 843.577.9440<br>CShoun@maynardnexsen.com<br><br>*Attorneys for Defendant Russell Lucius Laffitte* |

December 2, 2024
Columbia, South Carolina

3