**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 9:22-cr-00658-RMG |
| RUSSELL LUCIUS LAFFITTE, | **STATUS REPORT** |
| Defendant. | |

Defendant Russell Lucius Laffitte ("Mr. Laffitte") submits this status report pursuant to the direction of the Court. *See* ECF No. 352.

Since the prior status report on December 10, 2024 (ECF No. 351), undersigned counsel has provided South Carolina Circuit Judge Heath P. Taylor with a sealed, *in camera* listing of Mr. Laffitte's current assets, current liabilities, and both Mr. Laffitte's outstanding and expected legal expenditures with the firms of Maynard Nexsen, the Billy Wilkins Law Firm, and Shaun Kent Law Firm – Mr. Laffitte's counsel of choice with respect to this and other related legal matters. Undersigned counsel has also conferred with Creighton Waters, Senior Assistant Deputy Attorney General of the Office of the South Carolina Attorney General ("SADAG Waters") regarding a potential agreement to have certain assets unfrozen solely for the purpose of covering the fees and expenses related to Mr. Laffitte's appeal and relating to his defense in the retrial of the case currently before this court and a separate trial in South Carolina circuit court. Undersigned counsel has also provided SADAG Waters with a copy of the sealed asset listing discussed above.

Undersigned counsel and SADAG Waters have had productive discussions and believe they have a general agreement in principle with respect to the release of assets to pay the legal expenses referenced above. Undersigned counsel and SADAG Waters are currently conferring about the details of that proposed agreement and expect to be able to provide Judge Taylor with a

1

Proposed Consent Order next week. Based on Judge Taylor's comments at the December 9, 2024 hearing referenced in earlier filings, it appears that Judge Taylor is expected to sign a Proposed Consent Order.

Mr. Laffitte will be prepared to make a full report to the Court at the scheduled telephone conference with the Court on January 2, 2025 and expects these issues to be resolved by that point. *See* ECF No. 353.

Respectfully submitted,

*s/Mark C. Moore*

Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Maynard Nexsen PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400
Charleston, SC 29401
Phone: 843.577.9440
CShoun@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

December 20, 2024
Columbia, South Carolina

2