**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 9:22-cr-00658-RMG |
| v. | |
| RUSSELL LUCIUS LAFFITTE, | **STATUS REPORT** |
| Defendant. | |

Defendant Russell Lucius Laffitte ("Mr. Laffitte") submits this status report pursuant to the direction of the Court. *See* ECF No. 352.

Since the prior status report on December 20, 2024 (ECF No. 351), undersigned counsel has continued to confer with Creighton Waters, Senior Assistant Deputy Attorney General of the Office of the South Carolina Attorney General ("SADAG Waters") regarding a potential agreement to have certain assets unfrozen solely for the purpose of covering the fees and expenses related to Mr. Laffitte's appeal and relating to his defense in the retrial of the case currently before this court and a separate trial in South Carolina circuit court. Based on those discussions, undersigned counsel has also provided SADAG Waters with a draft proposed consent order for his review, which provides that Mr. Laffitte may use his half of the proceeds from the sale of his house and allows Mr. Laffitte to receive a personal loan secured by his business interest in the Laffitte Family Partnership.

Once SADAG Waters provides his anticipated consent, we expect to provide South Carolina Circuit Court Judge Heath P. Taylor with a Proposed Consent Order later this week. Based on Judge Taylor's comments at the December 9, 2024 hearing referenced in earlier filings, it appears that Judge Taylor is prepared to sign a Proposed Consent Order and we anticipate that an Order will be signed shortly after Judge Taylor assumes his new role as Chief Administrative

Judge for the Court of General Sessions, Fifth Judicial Circuit on January 1, 2025 – a position that will also make Judge Taylor the supervisory judge for all state grand jury matters for at least the first six months of 2025.

Undersigned counsel will be prepared to make a full report to the Court at the scheduled telephone conference with the Court on January 2, 2025. *See* ECF No. 353.

Respectfully submitted,

s/Mark C. Moore
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Maynard Nexsen PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
MMoore@maynardnexsen.com
MParente@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400
Charleston, SC 29401
Phone: 843.577.9440
CShoun@maynardnexsen.com

*Attorneys for Defendant Russell Lucius Laffitte*

December 30, 2024
Columbia, South Carolina