IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG-1 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney represents the Defendant, Russell Lucius Laffitte, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

Respectfully submitted,

s/ Shaun C. Kent
Shaun C. Kent, Bar #9326
KENT LAW FIRM, LLC
Post Office Box 117
19 South Mill Street
Manning, SC 29102
803.433.5368
shaun@shaunkentlaw.com

February 3, 2025
Manning, South Carolina