# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG<br><br>**NOTICE OF APPEARANCE OF<br>JADA T. WILSON<br>ON BEHALF OF DEFENDANT<br>RUSSELL LUCIUS LAFFITTE** |

PLEASE TAKE NOTICE that the undersigned attorney represents the Defendant, Russell Lucius Laffitte, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

Respectfully submitted,

s/ Jada T. Wilson
Jada T. Wilson (Fed. ID No. 14328)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
803.771.8900
jwilson@maynardnexsen.com

*Attorney for Defendant Russell Lucius Laffitte*

February 3, 2025
Columbia, South Carolina