# EXHIBIT 1

"Alex Murdaugh" and "Russell Laffitte" Media Coverage (by number of stories) per SC county between 2021-2025

| MURDAUGH COVERAGE LIST | | | LAFFITTE COVERAGE LIST | |
| --- | --- | --- | --- | --- |
| Abbeville | 1 | | Abbeville | 0 |
| Aiken | 86 | | Aiken | 4 |
| Allendale | 0 | | Allendale | 0 |
| Anderson | 258 | | Anderson | 46 |
| Bamberg | 0 | | Bamberg | 0 |
| Barnwell | 0 | | Barnwell | 0 |
| Beaufort | 1609 | | Beaufort | 159 |
| Berkeley | 18 | | Berkeley | 0 |
| Calhoun | 0 | | Calhoun | 0 |
| Charleston | 12230 | | Charleston | 960 |
| Cherokee | 27 | | Cherokee | 0 |
| Chester | 0 | | Chester | 0 |
| Chesterfield | 0 | | Chesterfield | 0 |
| Clarendon | 0 | | Clarendon | 0 |
| Colleton | 83 | | Colleton | 2 |
| Darlington | 0 | | Darlington | 0 |
| Dillon | 0 | | Dillon | 0 |
| Dorchester | 19 | | Dorchester | 1 |
| Edgefield | 0 | | Edgefield | 0 |
| Fairfield | 0 | | Fairfield | 0 |
| Florence | 248 | | Florence | 13 |
| Georgetown | 0 | | Georgetown | 0 |
| Greenville | 7818 | | Greenville | 220 |
| Greenwood | 213 | | Greenwood | 7 |
| Hampton | 3 | | Hampton | 1 |
| Horry | 5180 | | Horry | 165 |
| Jasper | 0 | | Jasper | 0 |
| Kershaw | 0 | | Kershaw | 0 |
| Lancaster | 0 | | Lancaster | 1 |
| Laurens | 0 | | Laurens | 0 |
| Lee | 0 | | Lee | 0 |
| Lexington | 172 | | Lexington | 2 |
| Marion | 5 | | Marion | 0 |
| Marlboro | 0 | | Marlboro | 0 |
| McCormick | 0 | | McCormick | 0 |
| Newberry | 0 | | Newberry | 0 |
| Oconee | 0 | | Oconee | 0 |
| Orangeburg | 408 | | Orangeburg | 26 |
| Pickens | 31 | | Pickens | 1 |
| Richland | 2663 | | Richland | 219 |
| Saluda | 0 | | Saluda | 0 |
| Spartanburg | 652 | | Spartanburg | 66 |
| Sumter | 151 | | Sumter | 14 |
| Union | 0 | | Union | 0 |
| Williamsburg | 15 | | Williamsburg | 0 |
| York | 288 | | York | 28 |