IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL. NO. 9:22-658-RMG |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **RUSSELL LUCIUS LAFFITTE** ) | |
| ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S DISCOVERY MOTION**

On March 14, 2025, the Defendant Russell Lucius Laffitte ("Laffitte") filed a motion for discovery, "respectfully seeking an order that information responsive to all discovery requested" be produced or made available to defense counsel. Dkt. No. 377. The Government is aware of all of its discovery obligations, including those under Federal Rule of Criminal Procedure 16, the Jencks Act, *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and *Giglio v. U.S.*, 405 U.S. 150, 155 (1972). The Government takes this case, and its accompanying discovery obligations, seriously. The Government has endeavored to comply with its obligations throughout discovery in this case, including its production of more than 200,000 pages thus far, and it will continue to do so as it prepares for the second trial.

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: s/ *Emily Limehouse*
Emily Evans Limehouse (Federal ID #12300)
Winston D. Holliday, Jr. (Federal ID #7597)
Kathleen Michelle Stoughton (Federal ID #12161)
Assistant United States Attorneys
151 Meeting Street, Suite 200
Charleston, South Carolina, 29402
Emily.Limehouse@usdoj.gov

March 31, 2025