IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**BEAUFORT DIVISION**

**United States of America**

vs

CR NO. 9:22cr658

**Russell Lucius Laffitte**

PLEA

The defendant, **Russell Lucius Laffitte** having withdrawn his plea of Not Guilty entered September 23, 2022, pleads **GUILTY to Count(s)** ___1 through 6___ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

April 18, 2025