IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 9:22-cr-00658-RMG |
| | ) |
| v. | ) |
| | ) |
| RUSSELL LUCIUS LAFFITTE | |

## **MOTION FOR PRELIMINARY ORDER OF FORFEITURE AS TO RUSSELL LUCIUS LAFFITTE**

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of a Preliminary Order of Forfeiture as to Russell Lucius Laffitte ("Defendant"), based on the Defendant's conviction of conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. §§ 1343, 1344, and 1349; bank fraud, in violation of 18 U.S.C. § 1344; wire fraud, in violation of 18 U.S.C. § 1343; and, misapplication of bank funds, in violation of 18 U.S.C. § 656.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4)."

[SIGNATURE PAGE TO FOLLOW]

        Respectfully Submitted,

        BRYAN P. STIRLING
        UNITED STATES ATTORNEY

By:   s/ Anne Hunter Young
       ANNE HUNTER YOUNG # 7258
       Assistant United States Attorney
       Attorney for the United States
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Telephone: (803) 929-3000

September 18, 2025