# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

**DEFENDANT'S MOTION TO CLARIFY CONDITIONS OF BOND**

Defendant Russell Lucius Laffitte ("Mr. Laffitte"), by and through undersigned counsel, respectfully moves the Court for clarification of his current bond conditions. Mr. Laffitte respectfully requests that his current conditions be clarified to allow "stand alone monitoring" that allows him to travel within Allendale and Hampton counties pending his designation by Bureau of Prisons ("BOP"), which were the conditions in place prior to his release from BOP.

As the Court is aware, Mr. Laffitte remains on bond following his sentencing and while he awaits his designation from the BOP. Mr. Laffitte has been on bond for nearly a year since his release from the BOP following his appeal. As will be discussed herein, while Mr. Laffitte was originally ordered to the condition of home detention on July 27, 2022 (ECF Nos. 15 and 16), the Court modified those conditions on September 6, 2022 (ECF Nos. 45 and 46). Since that date, Mr. Laffitte has been on "stand alone monitoring" and restricted to Hampton and Allendale counties, unless otherwise approved by the United States Probation Office ("USPO"). ECF Nos. 45 and 46. Mr. Laffitte has had no violations of bond or other issues with his probation while on bond.

Last week, the USPO informed Mr. Laffitte that he should be subject to home detention. This is a new position taken by the USPO and has not been the case since September 6, 2022, and Mr. Laffitte was not notified otherwise until last week when a new probation officer was assigned

to his case. Since he was released from BOP, Mr. Laffitte has been able to move between Allendale and Hampton counties without issue. Undersigned counsel has spoken with the probation officer and also attempted to reach a supervisory officer at the United States Probation Office to discuss this matter without burdening the Court with this Motion, but undersigned counsel's messages to the supervisory officer have not been returned as of the time of this filing.

According to the USPO, the current condition of bond is home detention pursuant to the Court's Order dated November 21, 2024. ECF No. 347. In this Order following Mr. Laffitte's appeal and directing the release of Mr. Laffitte from BOP, the Court ordered "that the bond previously issued (Dkt. Nos. 15, 16) is reinstated." *Id.* at 1. The Docket Numbers referenced in this Order (15 and 16) are to the original conditions of bond set on July 27, 2022, which provided for home detention. *See* ECF Nos. 15 and 16. However, those conditions have not been in effect since September 6, 2022, when his bond conditions were modified by the Honorable United States Magistrate Judge Mary Gordon Baker on. *See* ECF Nos. 45 and 46. Therefore, the bond conditions that were previously in effect and arguably continued by this Court allowed for "stand alone monitoring" and travel within Allendale and Hampton counties. Mr. Laffitte currently works on a family farm and travel within these counties is necessary for work and errands related to work on the farm. Mr. Laffitte expects a designation from BOP shortly and respectfully requests the ability to travel within these two counties to continue working before he reports to BOP.

Undersigned counsel has conferred with Assistant United States Attorney Emily E. Limehouse, who has spoken with the USPO supervisory officer and indicated that the Government defers to the Court on this issue. Mr. Laffitte respectfully requests the Court clarify his bond conditions in accordance with the modifications made on September 6, 2022 to allow him

2

to travel between Allendale and Hampton counties while awaiting his BOP designation. *See* ECF Nos. 45 and 46.

Respectfully submitted,

 s/Michael A. Parente
Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Jada T. Wilson (Fed. ID No. 14328)
Maynard Nexsen PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
MMoore@maynardnexsen.com
MParente@maynardnexsen.com
JWilson@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400
Charleston, SC 29401
Phone: 843.577.9440
CShoun@maynardnexsen.com

Shaun C. Kent (Fed. ID No. 9326)
Kent Law Firm, LLC
19 South Mill Street
Manning, SC 29102
Phone: 803.433.5368
Shaun@shaunkentlaw.com

*Attorneys for Defendant Russell Lucius Laffitte*

November 11, 2025
Columbia, South Carolina