# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUSSELL LUCIUS LAFFITTE,<br><br>Defendant. | Case No.: 9:22-cr-00658-RMG |

**CONSENT MOTION FOR EXTENSION OF DEFENDANT'S REPORTING DATE**

Defendant Russell Lucius Laffitte ("Mr. Laffitte"), by and through undersigned counsel, with consent of counsel for the Government, respectfully moves this Court for a brief one-week extension of his reporting deadline to the Bureau of Prisons given the upcoming Christmas holiday.

Today, November 25, 2025, Mr. Laffitte was notified that he must report to a Bureau of Prisons facility by December 23, 2025 at 12 p.m. Given the Christmas holiday two days after his current report date, Mr. Laffitte respectfully requests that the Court extend his reporting date by one week until December 30, 2025 at 12 p.m.

Undersigned counsel has consulted with Assistant United States Attorney Emily Limehouse, who indicated that the Government consents to a one-week extension until December 30, 2025 for Mr. Laffitte to report to the Bureau of Prisons. As such, the Parties ask the Court to grant this one-week extension. Mr. Laffitte does not intend to seek any other extensions of this reporting date.

*[signature page follows]*

Respectfully submitted,

*s/Michael A. Parente*

Mark C. Moore (Fed. ID No. 4956)
Michael A. Parente (Fed. ID No. 13358)
Jada T. Wilson (Fed. ID No. 14328)
Maynard Nexsen PC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803.771.8900
MMoore@maynardnexsen.com
MParente@maynardnexsen.com
JWilson@maynardnexsen.com

Cheryl D. Shoun (Fed. ID No. 4761)
Maynard Nexsen PC
205 King Street, Suite 400
Charleston, SC 29401
Phone: 843.577.9440
CShoun@maynardnexsen.com

Shaun C. Kent (Fed. ID No. 9326)
Kent Law Firm, LLC
19 South Mill Street
Manning, SC 29102
Phone: 803.433.5368
Shaun@shaunkentlaw.com

*Attorneys for Defendant Russell Lucius Laffitte*

November 25, 2025
Columbia, South Carolina

2